RS, LLC
301 GLADEVIEW PL
BRANDON, MS 39047

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

ALLY FINANCIAL
PO BOX 380901
MINNEAPOLIS, MN 55438-0901

AMERICAN EXPRESS
P.O. BOX 981537
EL PASO, TX 79998

CARECAR INC
120 NEWPORT CENTER DR
NEWPORT BEACH, CA 92660-69

CFG MERCAHT SOLUTIONS
180 MAIDEN LANE
FLOOR 15
NEW YORK, NY 10038

CHRYSLER CAPITAL
P.O. BOX 961275
FORT WORTH, TX 76161

FIRST INSURANCE FUNDIN
C/O RAUCH-MILLIKEN
PO BOX 8390
NEW ORLEANS, LA 70118-3900

FUNDBOX, INC.
5760 LEGACY DR
STE B3-535
PLANO, TX 75024

GIGGLE, LLC
3250 NE 1ST AVE
UNIT 305
MIAMI, FL 33137

GREENBERG, GRANT & RIC
5858 WESTHEIMER RD
STE 500
HOUSTON, TX 77057

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201

JP MORGAN CHASE
P.O. BOX 15123
WILMINGTON, DE 19850

LIFTFUND, INC
2007 W MARTIN ST
SAN ANTONIO, TX 78207

LITEFUND SOLUTIONS
99 WALL ST
STE 2613
NEW YORK 10005

MEDICAL TRANSPORTATION
16 HAWK RIDGE DR
LAKE SAINT LOUIS, MO 63367

MEMBERS EXCHANGE
P.O. BOX 31049
JACKSON, MS 39286-1049

MODIVCARE SOLUTIONS
6900 E LAYTON AVE
STE 1200
DENVER, CO 80237

MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON, MS 39225-2808

MSDES
OFFICE OF LEGAL AFFAIR
P.O. BOX 1699
JACKSON, MS 39215

MUTUAL CREDIT UNION
PO BOX 25
VICKSBURG, MS 39181

NMAC
P.O. BOX 660360
DALLAS, TX 75266

REGINALD JONES
301 GLADEVIEW PLACE
BRANDON, MS 39047

SBA
801 TOM MARTIN DR
STE 210
BIRMINGHAM, AL 35211

SBA
C/O US ATTORNEY'S OFFI
501 E COURT ST
STE. 4.430
JACKSON, MS 39201

UNITED COLLECTION BURE
5620 SOUTHWICK BLVD
STE 206
TOLEDO, OH 43614

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001

WEX BANK
PO BOX 639
PORTLAND, ME 04104