8/28/26 4:11PM

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | RS, LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF MISSISSIPPI |
| Case number (if known): | 26-02354 |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Ally Financial<br>PO Box 380901<br>Minneapolis, MN 55438-0901 | | 2019 Chevrolet Impala - wrecked 6/2/2026<br>VIN: 8560 | | $21,730.76 | $0.00 | $21,730.76 |
| Ally Financial<br>PO Box 380901<br>Minneapolis, MN 55438-0901 | | 2019 Chrylser Pacifica<br>VIN: 8534 | | $27,360.41 | $9,799.20 | $17,561.21 |
| Ally Financial<br>PO Box 380901<br>Minneapolis, MN 55438-0901 | | 2020 Chevrolet Malibu<br>VIN: 8263 | | $20,124.86 | $11,124.00 | $9,000.86 |
| Ally Financial<br>PO Box 380901<br>Minneapolis, MN 55438-0901 | | 2021 Chevrolet Malibu<br>VIN: 4864 | | $20,880.21 | $13,406.50 | $7,473.71 |
| Ally Financial<br>PO Box 380901<br>Minneapolis, MN 55438-0901 | | 2021 Chevrolet Malibu LT<br>VIN 7409 | | $19,971.32 | $14,319.00 | $5,652.32 |
| CFG Mercaht Solutions<br>180 Maiden Lane<br>Floor 15<br>New York, NY 10038 | | | | | | $10,561.00 |
| First Insurance Fundin<br>c/o Rauch-Milliken<br>PO Box 8390<br>New Orleans, LA 70118-3900 | | | | | | $14,941.78 |
| Fundbox, Inc.<br>5760 Legacy Dr<br>Ste B3-535<br>Plano, TX 75024 | | | | | | $31,819.69 |

8/28/26 4:11PM

Debtor **RS, LLC** Case number *(if known)* **26-02354**
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **JP Morgan Chase<br>P.O. Box 15123<br>Wilmington, DE<br>19850** | | | | | | **$11,755.93** |
| **JP Morgan Chase<br>P.O. Box 15123<br>Wilmington, DE<br>19850** | | | | | | **$9,955.95** |
| **LiftFund, Inc<br>2007 W Martin St<br>San Antonio, TX<br>78207** | | **Blanket lien on all accounts receivables, notes receivable, chattel paper, rights to payment, documents, general intangibles, inventory, equipment, m** | | **$18,977.84** | **$0.00** | **$18,977.84** |
| **LiteFund Solutions<br>99 Wall St<br>Ste 2613<br>New York 10005** | | | | | | **$30,250.00** |
| **Members Exchange<br>P.O. Box 31049<br>Jackson, MS<br>39286-1049** | | | | | | **$39,840.52** |
| **Members Exchange<br>P.O. Box 31049<br>Jackson, MS<br>39286-1049** | | | | | | **$17,596.89** |
| **Mutual Credit Union<br>PO Box 25<br>Vicksburg, MS<br>39181** | | | | | | **$9,064.87** |
| **NMAC<br>P.O. Box 660360<br>Dallas, TX 75266** | | **2024 Nissan Altima<br>VIN: 6976** | | **$29,899.77** | **$17,136.00** | **$12,763.77** |
| **NMAC<br>P.O. Box 660360<br>Dallas, TX 75266** | | **2023 Nissan Altima<br>VIN: 3911** | | **$23,817.06** | **$16,686.00** | **$7,131.06** |
| **NMAC<br>P.O. Box 660360<br>Dallas, TX 75266** | | **Deficiency** | **Unliquidated<br>Disputed** | | | **$18,416.67** |
| **SBA<br>801 Tom Martin Dr<br>Ste 210<br>Birmingham, AL<br>35211** | | | | | | **$21,923.54** |
| **Wex Bank<br>PO Box 639<br>Portland, ME 04104** | | | | | | **$5,962.97** |