**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

**RS, LLC** **CASE NO. 26-02354-JAW**

**DEBTOR.** **CHAPTER 11**

**Notice of Deficiency**

To the Debtor and his attorney, if any:

For this case to be administered, it is necessary that the items described below be filed **immediately**.[1]

- Balance Sheet
- Statement of Operations
- Cash-Flow Statement
- Federal Income Tax Return

**or**

- A statement *(under penalty of perjury)* that no balance sheet, statement of operations, or cash-flow statement has been prepared and no Federal tax return has been filed.

In the event, the Debtor fails to comply with this notice on or before **September 4, 2026** the Court may dismiss this case without further notice or hearing.

Dated: August 28, 2026

Danny L. Miller, Clerk of Court

By: /s/**Beth Harkins**

Thad Cochran U.S. Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201
601-608-4600

[1] *See* 11. U.S.C. §1116(1) and 11. U.S.C. §1187 if the Debtor elected to proceed under Subchapter V.