**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: RS, LLC,**
**Debtor and Debtor-in-Possession**

**CASE NO. 26-02354**
**CHAPTER 11**
**SUBCHAPTER V**

---

**APPLICATION TO EMPLOY THE ROLLINS LAW FIRM, PLLC AS COUNSEL FOR DEBTOR AND DEBTOR-IN-POSSESSION**

---

COMES NOW RS, LLC (the "Debtor"), by and through its proposed counsel, and applies under 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014 for authority to employ The Rollins Law Firm, PLLC (the "Firm") as counsel for the Debtor and Debtor-in-Possession effective as of the date this Application is filed. In support:

1. This Court has jurisdiction under 28 U.S.C. §§ 157 and 1334. Venue is proper under 28 U.S.C. § 1408. This is a core proceeding under 28 U.S.C. § 157(b)(2).

2. The Debtor commenced this case by filing a voluntary Chapter 11 petition on August 28, 2026 and elected Subchapter V. The Debtor continues to operate under §§ 1107, 1108 and 1184. This Application should be filed on the petition date if practicable; no retroactive or nunc pro tunc employment relief is requested.

3. The Debtor operates a non-emergency medical transportation business. The case is expected to involve cash collateral, receivables and UCC issues, vehicle-secured debt, commercial insurance/premium financing, payer/network contracts, claims, Subchapter V plan formulation, and ordinary Chapter 11 reporting and administration.

4. The Firm has experience representing business debtors in Chapter 11 cases in this District and has become familiar with the Debtor's financial condition, business debts, vehicle financing, bank records, UCC filings and proposed restructuring.

5. The services may include advice concerning the Debtor's rights and duties; preparation and prosecution of first-day and cash-collateral relief; schedules, statements and reports; negotiations and litigation with creditors; vehicle and lien issues; contracts and leases; claims; valuation; plan preparation and confirmation; and other services reasonably necessary to administer the case.

6. As stated in the accompanying Verified Statement, to the best of the Firm's knowledge after reasonable inquiry based on the current creditor and party list, the Firm does not hold or

represent an interest adverse to the estate in the matters for which employment is sought and is a disinterested person within the meaning of § 101(14), subject to the disclosures and continuing duty to supplement.

7. The Debtor and Firm entered into a written engagement agreement. Current hourly rates are $425 for Thomas C. Rollins, Jr.; $360 for Jennifer A. Curry Calvillo; $155 for paralegals; and $100 for legal assistants. Rates may change on reasonable notice subject to applicable law and Court approval.
8. The Firm has received a $12,000 advance retainer from the Debtor as disclosed in the Debtor's compensation disclosure. The retainer and fee arrangement are disclosed for purposes of §§ 327 and 329 and Rules 2014 and 2016. This Application does not request allowance of compensation or approval of the fee contract.
9. The Debtor believes employment of the Firm is necessary and in the best interests of the estate.

WHEREFORE, the Debtor requests entry of an order authorizing the employment of The Rollins Law Firm, PLLC as counsel effective as of the date this Application is filed, without approving any fee contract, compensation, reimbursement, or application of the retainer, and granting such other relief as is just and proper.

Respectfully submitted,
**RS, LLC,**
**Debtor and Debtor-in-Possession**

BY: /s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A. Curry Calvillo (MSBN 104367)
THE ROLLINS LAW FIRM, PLLC
P.O. Box 13767
Jackson, Mississippi 39236
Telephone: (601) 500-5533
Email: trollins@therollinsfirm.com
Proposed Counsel for the Debtor and Debtor-in-Possession

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: RS, LLC,**
**Debtor and Debtor-in-Possession**

**CASE NO. 26-02354**
**CHAPTER 11**
**SUBCHAPTER V**

---

## CERTIFICATE OF SERVICE

---

I, Thomas C. Rollins, Jr., certify that on August 31, 2026 a true and correct copy of the Application to Employ The Rollins Law Firm, PLLC, the accompanying Verified Statement, this 21-Day Notice, and the proposed Order was served through the Court's CM/ECF system on all registered users entitled to electronic notice.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.