**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: RS, LLC,**
**Debtor and Debtor-in-Possession**

**CASE NO. 26-02354**
**CHAPTER 11**
**SUBCHAPTER V**

---

**NOTICE OF AMENDED APPLICATION TO EMPLOY THE ROLLINS LAW FIRM, PLLC**
**(21-DAY NOTICE)**

---

PLEASE TAKE NOTICE that RS, LLC, as Debtor and Debtor-in-Possession, has filed an Amended Application under 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014 seeking authority to employ The Rollins Law Firm, PLLC as bankruptcy counsel effective as of the date the Application is filed.

The Application states current hourly rates of $425 for Thomas C. Rollins, Jr.; $360 for Jennifer A. Curry Calvillo; $155 for paralegals; and $100 for legal assistants, and discloses a $12,000 advance retainer paid by the Debtor. The Application does not request approval of the fee contract, allowance of compensation, or authority to apply the retainer; any compensation request will be made separately as required by Rule 2016 and Miss. Bankr. L.R. 2014-1(a)(1).

NOTICE IS FURTHER GIVEN that any party in interest objecting to the relief requested in the Application must file a written objection with the Clerk of the United States Bankruptcy Court for the Southern District of Mississippi and serve a copy on proposed counsel for the Debtor and the Office of the United States Trustee within twenty-one (21) days after the date this Notice is served. Any objection must state with particularity the grounds asserted.

IF A TIMELY OBJECTION IS FILED, the Court may set the matter for hearing. IF NO TIMELY OBJECTION IS FILED AND SERVED WITHIN THE TWENTY-ONE (21) DAY PERIOD, the Court may enter the proposed Order approving the Application without further notice or hearing to the extent permitted by the Bankruptcy Rules and Local Rules.

Respectfully submitted,
**RS, LLC,**
**Debtor and Debtor-in-Possession**
BY: /s/ Thomas C. Rollins, Jr.

Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A. Curry Calvillo (MSBN 104367)
THE ROLLINS LAW FIRM, PLLC
P.O. Box 13767
Jackson, Mississippi 39236
Telephone: (601) 500-5533
Email: trollins@therollinsfirm.com
Proposed Counsel for the Debtor and Debtor-in-Possession

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: RS, LLC,**
**Debtor and Debtor-in-Possession**

**CASE NO. 26-02354**
**CHAPTER 11**
**SUBCHAPTER V**

---

**AMENDED APPLICATION TO EMPLOY THE ROLLINS LAW FIRM, PLLC AS COUNSEL FOR DEBTOR AND DEBTOR-IN-POSSESSION**

---

COMES NOW RS, LLC (the "Debtor"), by and through its proposed counsel, and applies under 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014 for authority to employ The Rollins Law Firm, PLLC (the "Firm") as counsel for the Debtor and Debtor-in-Possession effective as of the date this Application is filed. In support:

1. This Court has jurisdiction under 28 U.S.C. §§ 157 and 1334. Venue is proper under 28 U.S.C. § 1408. This is a core proceeding under 28 U.S.C. § 157(b)(2).

2. The Debtor commenced this case by filing a voluntary Chapter 11 petition on August 28, 2026 and elected Subchapter V. The Debtor continues to operate under §§ 1107, 1108 and 1184. This Application should be filed on the petition date if practicable; no retroactive or nunc pro tunc employment relief is requested.

3. The Debtor operates a non-emergency medical transportation business. The case is expected to involve cash collateral, receivables and UCC issues, vehicle-secured debt, commercial insurance/premium financing, payer/network contracts, claims, Subchapter V plan formulation, and ordinary Chapter 11 reporting and administration.

4. The Firm has experience representing business debtors in Chapter 11 cases in this District and has become familiar with the Debtor's financial condition, business debts, vehicle financing, bank records, UCC filings and proposed restructuring.

5. The services may include advice concerning the Debtor's rights and duties; preparation and prosecution of first-day and cash-collateral relief; schedules, statements and reports; negotiations and litigation with creditors; vehicle and lien issues; contracts and leases; claims; valuation; plan preparation and confirmation; and other services reasonably necessary to administer the case.

6. As stated in the accompanying Verified Statement, to the best of the Firm's knowledge after reasonable inquiry based on the current creditor and party list, the Firm does not hold or

represent an interest adverse to the estate in the matters for which employment is sought and is a disinterested person within the meaning of § 101(14), subject to the disclosures and continuing duty to supplement.

7. The Debtor and Firm entered into a written engagement agreement. Current hourly rates are $425 for Thomas C. Rollins, Jr.; $360 for Jennifer A. Curry Calvillo; $155 for paralegals; and $100 for legal assistants. Rates may change on reasonable notice subject to applicable law and Court approval.
8. The Firm has received a $12,000 advance retainer from the Debtor as disclosed in the Debtor's compensation disclosure. The retainer and fee arrangement are disclosed for purposes of §§ 327 and 329 and Rules 2014 and 2016. This Application does not request allowance of compensation or approval of the fee contract.
9. The Debtor believes employment of the Firm is necessary and in the best interests of the estate.

WHEREFORE, the Debtor requests entry of an order authorizing the employment of The Rollins Law Firm, PLLC as counsel effective as of the date this Application is filed, without approving any fee contract, compensation, reimbursement, or application of the retainer, and granting such other relief as is just and proper.

Respectfully submitted,
**RS, LLC,**
**Debtor and Debtor-in-Possession**

BY: /s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A. Curry Calvillo (MSBN 104367)
THE ROLLINS LAW FIRM, PLLC
P.O. Box 13767
Jackson, Mississippi 39236
Telephone: (601) 500-5533
Email: trollins@therollinsfirm.com
Proposed Counsel for the Debtor and Debtor-in-Possession

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: RS, LLC,**
**Debtor and Debtor-in-Possession**

**CASE NO. 26-02354**
**CHAPTER 11**
**SUBCHAPTER V**

---

**VERIFIED STATEMENT OF DISINTERESTEDNESS OF THOMAS C. ROLLINS, JR. UNDER 11 U.S.C. § 327 AND FED. R. BANKR. P. 2014**

---

I, Thomas C. Rollins, Jr., state under penalty of perjury in support of the Debtor's Application and regarding the Firm's disinterestedness and connections as required by Fed. R. Bankr. P. 2014:

1. I am an attorney licensed in Mississippi and a member of The Rollins Law Firm, PLLC. I submit this statement in support of the Debtor's application to employ the Firm.
2. The Firm's current hourly rates for this engagement are $425 for me; $360 for Jennifer A. Curry Calvillo; $155 for paralegals; and $100 for legal assistants.
3. The Firm has received a $12,000 advance retainer from the Debtor held in trust.
4. Before the petition, the Firm represented the Debtor in preparing for this bankruptcy case. The Firm does not represent Reginald Jones individually in this Chapter 11 case under the Debtor's engagement agreement, and claims against him on guaranties or other individual liability are outside the Debtor engagement unless separately agreed.
5. The Firm has reviewed the current schedules, creditor list and known parties in interest for connections. Based on that review and subject to the continuing investigation described below, I am not aware of any connection that would cause the Firm to hold or represent an interest adverse to the estate in the matters for which employment is sought or prevent the Firm from being disinterested under § 101(14).
6. The creditor and party information is still being reconciled, including UCC representatives whose underlying principals are not identified in the supplied financing statements, payer/network counterparties, vehicle lenders, taxing authorities and possible guarantors. The Firm will supplement this statement promptly if additional connections requiring disclosure are identified.
7. The Firm has not agreed to share compensation with any person other than attorneys or employees of the Firm except as may later be disclosed and approved.
8. No promise has been made concerning the amount of compensation that the Court will allow. The Firm will seek compensation and reimbursement only as permitted by §§ 330 and 331, Rule 2016 and applicable orders.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 28, 2026.

Thomas C. Rollins, Jr.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: RS, LLC,**
**Debtor and Debtor-in-Possession**

**CASE NO. 26-02354**
**CHAPTER 11**
**SUBCHAPTER V**

---

**CERTIFICATE OF SERVICE**

---

I, Thomas C. Rollins, Jr., certify that on September 1, 2026, a true and correct copy of the Amended Application to Employ The Rollins Law Firm, PLLC, the accompanying Verified Statement, this 21-Day Notice, and the proposed Order was served through the Court's CM/ECF system on all registered users entitled to electronic notice.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:
RS, LLC

CASE NO: 26-02354

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 11

On 9/1/2026, I did cause a copy of the following documents, described below,

Notice and Amended Application to Employ

Exhibit A

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/1/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

RS, LLC

CASE NO: 26-02354

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 11

On 9/1/2026, a copy of the following documents, described below,

Notice and Amended Application to Employ

Exhibit A

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/1/2026

Victoria Blake

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

| | | |
|---|---|---|
| CASE INFO | DEBTOR | ~~EXCLUDE~~ |
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 26-02354<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>TUE SEP 1 9-14-42 PST 2026 | RS LLC<br>301 GLADEVIEW PL<br>BRANDON MS 39047-5016 | ~~(U)THE ROLLINS LAW FIRM PLLC~~ |
| ~~EXCLUDE~~ | | |
| ~~US BANKRUPTCY COURT~~<br>~~THAD COCHRAN US COURTHOUSE~~<br>~~501 E COURT STREET~~<br>~~SUITE 2300~~<br>~~JACKSON MS 39201-5036~~ | ALLY FINANCIAL<br>PO BOX 380901<br>MINNEAPOLIS MN 55438-0901 | AMERICAN EXPRESS<br>PO BOX 981537<br>EL PASO TX 79998-1537 |
| CFG MERCAHT SOLUTIONS<br>180 MAIDEN LANE<br>FLOOR 15<br>NEW YORK NY 10038-5150 | CARECAR INC<br>120 NEWPORT CENTER DR<br>NEWPORT BEACH CA 92660-6916 | CHRYSLER CAPITAL<br>PO BOX 961275<br>FORT WORTH TX 76161-0275 |
| FIRST INSURANCE FUNDIN<br>CO RAUCHMILLIKEN<br>PO BOX 8390<br>NEW ORLEANS LA 70182 | (P)FUNDBOX INC<br>300 MONTGOMERY ST<br>SUITE 900<br>SAN FRANCISCO CA 94104-1921 | GIGGLE LLC<br>3250 NE 1ST AVE<br>UNIT 305<br>MIAMI FL 33137-4295 |
| GREENBERG GRANT RIC<br>5858 WESTHEIMER RD<br>STE 500<br>HOUSTON TX 77057-5645 | INTERNAL REVENUE SERVI<br>CENTRALIZED INSOLVENCY<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | INTERNAL REVENUE SERVI<br>CO US ATTORNEY<br>501 EAST COURT ST<br>STE 4430<br>JACKSON MS 39201-5025 |
| (P)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | JP MORGAN CHASE<br>PO BOX 15123<br>WILMINGTON DE 19850-5123 | (P)LIFTFUND INC<br>2007 WEST MARTIN STREET<br>SAN ANTONIO TX 78207-2630 |
| LITEFUND SOLUTIONS<br>99 WALL ST<br>STE 2613<br>NEW YORK 10005-4301 | MS DEPT OF REVENUE<br>BANKRUPTCY SECTION<br>PO BOX 22808<br>JACKSON MS 39225-2808 | (P)MISSISSIPPI STATE TAX COMMISSION<br>P O BOX 22808<br>JACKSON MS 39225-2808 |
| MSDES<br>OFFICE OF LEGAL AFFAIR<br>PO BOX 1699<br>JACKSON MS 39215-1699 | MEDICAL TRANSPORTATION<br>16 HAWK RIDGE DR<br>LAKE SAINT LOUIS MO 63367-1815 | MEMBERS EXCHANGE<br>PO BOX 31049<br>JACKSON MS 39286-1049 |
| MODIVCARE SOLUTIONS<br>6900 E LAYTON AVE<br>STE 1200<br>DENVER CO 80237-3656 | MUTUAL CREDIT UNION<br>PO BOX 25<br>VICKSBURG MS 39181-0025 | NMAC<br>PO BOX 660360<br>DALLAS TX 75266-0360 |

REGINALD JONES
301 GLADEVIEW PLACE
BRANDON MS 39047-5016

SBA
801 TOM MARTIN DR
STE 210
BIRMINGHAM AL 35211-6426

SBA
CO US ATTORNEYS OFFI
501 E COURT ST
STE 4430
JACKSON MS 39201-5025

US ATTORNEY SD MISSISSIPPI
CO INTERNAL REVENUE SERVICE
501 E COURT STREET STE 4430
JACKSON MS 39201-5025

US ATTORNEY SD MISSISSIPPI
CO US SECURITIES AND EXCHANGE COMMISS
501 E COURT STREET STE 4430
JACKSON MS 39201-5025

US SECURITIES AND EXCHANGE COMMISSION
OFFICE OF REORGANIZATION
950 EAST PACES FERRY ROAD SUITE 900
ATLANTA GA 30326-1382

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON DC 20530-0001

UNITED COLLECTION BURE
5620 SOUTHWICK BLVD
STE 206
TOLEDO OH 43614-1501

~~EXCLUDE~~

~~UNITED STATES TRUSTEE~~
~~501 EAST COURT STREET~~
~~SUITE 6-430~~
~~JACKSON MS 39201-5022~~

WEX BANK
PO BOX 639
PORTLAND ME 04104-0639

~~EXCLUDE~~

~~THOMAS CARL ROLLINS JR~~
~~THE ROLLINS LAW FIRM PLLC~~
~~PO BOX 13767~~
~~JACKSON MS 39236-3767~~