**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: RS, LLC,**
**Debtor and Debtor-in-Possession**

**CASE NO. 26-02354-JAW**
**CHAPTER 11**
**SUBCHAPTER V**

---

## EXHIBIT A - PROPOSED MONTHLY CASH-COLLATERAL BUDGET

---

| Category | Monthly Amount |
|---|---|
| Operating receipts | $81,116 |
| Labor / subcontractors | $27,500 |
| Fuel | $9,000 |
| Repairs / maintenance | $3,000 |
| Registration | $0 |
| Wash / road | $650 |
| Vehicle supplies | $150 |
| Advertising | $100 |
| Home-office / business occupancy expense | $210 |
| Bank fees | $150 |
| Memberships | $250 |
| Vehicle insurance | $8,000 |
| Accounting | $2,400 |
| Phone | $96 |
| Owner draw | $19,610 |
| **TOTAL DISBURSEMENTS** | **$71,116** |
| **PROJECTED SURPLUS** | **$10,000** |