**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: RS, LLC,**
**Debtor and Debtor-in-Possession**

**CASE NO. 26-02354-JAW**
**CHAPTER 11**
**SUBCHAPTER V**

# EXHIBIT B - UCC FILING SUMMARY

| Filing | Named Secured Party / Representative | RS Name / Address Shown | Collateral Summary |
|---|---|---|---|
| 240224290 | LiftFund Inc.<br>2014 S Hackberry St.<br>San Antonio, TX 78210 | RS, LLC<br>301 Gladeview Pl.<br>Brandon, MS 39047 | A/R; rights to payment; chattel paper; general intangibles; inventory; equipment; proceeds; "all business assets." |
| MS-0-107921391-73562345 | C T Corporation System, as representative<br>330 N Brand Blvd., Suite 700, Attn SPRS<br>Glendale, CA 91203 | RS,LLC<br>301 Gladeview Place<br>Brandon, MS 39047 | Purported purchased "Future Receipts," including cash/check/ACH, card receipts, accounts and payment intangibles. |
| 250272093 | First Corporate Solutions, as representative<br>914 S Street<br>Sacramento, CA 95811 | RS,LLC listed as additional debtor<br>931 Highway 80 Unit 100<br>Jackson, MS 39204 | "All Debtor's Assets" and proceeds; first debtor on filing is Smith's Move It LLC; underlying secured party not identified. |

The Debtor does not admit by this summary that any UCC filing is effective, that a security interest attached, that any transaction was a secured loan rather than a sale (or vice versa), that any lien extends to any particular postpetition property, or that any asserted interest is valid, perfected, enforceable, unavoidable, or senior to another interest.