**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

| | | | |
|---|---|---|---|
| **IN RE:** | **RS, LLC** | **CASE NO.** | **26-02354-JAW** |
| | **DEBTOR(S)** | **CHAPTER** | **11** |

---

**NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE**

---

PURSUANT to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

**Christopher H. Meredith**
**Copeland, Cook, Taylor & Bush, P.A.**
**P. O. Box 6020**
**Ridgeland, MS 39158**
**Tel: (601) 856-7200**
**Email: cmeredith_trustee@cctb.com**

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

DATED, this the 2nd day of September 2026.

KEVIN M. EPSTEIN
United States Trustee
Region 5, Judicial Districts of
Louisiana and Mississippi

By: */s/Abigail M. Marbury*
ABIGAIL M. MARBURY

ABIGAIL M. MARBURY (MSB #99626)
ASSISTANT U.S. TRUSTEE
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
501 EAST COURT STREET, SUITE 6-430
JACKSON, MISSISSIPPI 39201
TEL: (601) 965-5245/ EMAIL: abigail.m.marbury@usdoj.gov

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN RE: RS, LLC** | **CASE NO. 26-02354-JAW** |
| **DEBTOR** | **CHAPTER 11** |

## VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

(a) am not a creditor, equity security holder, or insider of the debtor;

(b) am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

(c) do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at an hourly rate of $375, in addition to seeking reimbursement for any actual and necessary expenses I incur.

I hereby accept my appointment as subchapter V trustee in this case pursuant to Fed. R. Bankr. P. 2008.

**THIS** the 1st day of September, 2026.

Respectfully submitted,

By: /s/ Christopher H. Meredith

Christopher H. Meredith, MSB No. 103656
Copeland, Cook, Taylor & Bush, P.A.
600 Concourse, Suite 200
1076 Highland Colony Parkway (Zip—39157)
P.O. Box 6020
Ridgeland, MS 39158-6020
Telephone: (601) 856-7200
Facsimile: (601) 856-7626
cmeredith_trustee@cctb.com