**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: RS, LLC,**
**Debtor and Debtor-in-Possession.**

**CASE NO. 26-02354**
**CHAPTER 11**
**SUBCHAPTER V**

**CERTIFICATE OF SERVICE**

I, Thomas C. Rollins, Jr., certify that on September 2, 2026, I emailed a copy of the Notice of Hearing (Dkt. 23) and the Emergency Motion for Interim and Final Authority to Use Cash Collateral (Dkt. 15) to the following:

| Recipient | Email Address |
|---|---|
| Office of the United States Trustee - Jackson | ustpregion05.ja.ecf@usdoj.gov |
| LiftFund Inc. | info@liftfund.com |
| C T Corporation System, as representative | ct-info@wolterskluwer.com |
| Lien Solutions | LienSolutions.ClientSupport@wolterskluwer.com |
| Lien Solutions | uccfilingreturn@wolterskluwer.com |
| First Corporate Solutions | info@ficoso.com |
| Fundbox, Inc. | support@fundbox.com |
| CFG Merchant Solutions | compliance@cfgms.com |
| CFG Merchant Solutions | info@cfgms.com |
| LiteFund Solutions LLC | david@dfogelpc.com |
| LiteFund Solutions LLC | skaminski@kaminskilawpllc.com |
| Giggle, LLC / Giggle Finance | info@gigglefinance.com |
| Ally Financial | ally@ebn.phinsolutions.com |
| Chrysler Capital | enotifications@santanderconsumerusa.com |
| Nissan Motor Acceptance Company (NMAC) | POCInquiries@BonialPC.com |
| Nissan Motor Acceptance Company (NMAC) | Nathan.Debernardi@nissan-usa.com |
| First Insurance Funding | legal@firstinsurancefunding.com |
| JPMorgan Chase | JPMCBKnotices@nationalbankruptcy.com |
| JPMorgan Chase | ais.chase.ebn@aisinfo.com |
| Members Exchange Federal Credit Union | mobile@memexcu.com |
| Mutual Credit Union | membercare@mutualcu.org |
| U.S. Small Business Administration | bankruptcynotices@sba.gov |
| U.S. Small Business Administration | birminghamdlsc@sba.gov |
| WEX Bank | legalSOP@WEXInc.com |
| Mississippi Department of Revenue | bankruptcy@dor.ms.gov |
| Mississippi Department of Employment Security | tax@mdes.ms.gov |

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

**RS, LLC** **CASE NO. 26-02354-JAW**

**DEBTOR-IN-POSSESSION.** **CHAPTER 11**

# NOTICE OF HEARING AND DEADLINES

RS, LLC has filed an Emergency Motion for Interim and Final Authority to Use Cash Collateral; to Prohibit Post-petition Sweeps and Interception of Receipts; and for Related Adequate-Protection Relief (the "Motion") (Dkt. #15) with the Court in the above-styled case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you might wish to consult one.)**

The Court will hold an evidentiary hearing (the "Hearing") on September 9, 2026, at 10:00 AM, in the Thad Cochran United States Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi, to consider and act upon the Motion.

If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion, you or your attorney must file a written response explaining your position so that the Court receives it by NOON on September 8, 2026 (**Response Due Date**).

Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney. Attorneys and Registered Users of the Electronic Case Filing (ECF) system should file any response using ECF. Others should file any response at U.S. Bankruptcy Court, Thad Cochran U.S. Courthouse, 501 East Court Street, Suite 2.300, Jackson, MS 39201.

If you file a response, you or your attorney are required to attend the Hearing. The Hearing will be electronically recorded by the Court.

Dated: 9/2/2026

Danny L. Miller, Clerk of Court
Thad Cochran U.S. Courthouse
U.S. Bankruptcy Court
501 E. Court Street, Suite 2.300
Jackson, MS 39201
601-608-4600

Courtroom Deputy
601-608-4642 (use to advise of settlement)
601-608-4693

**<u>Parties Noticed</u>:**

ALL CREDITORS AND PARTIES LISTED ON THE COURT'S MAILING MATRIX