**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**
**RS, LLC,** **CASE NO. 26-02354-JAW**

**DEBTOR.** **CHAPTER 11**

**NOTICE OF 11 U.S.C. § 1188(a) STATUS CONFERENCE AND DUE DATE FOR DEBTOR'S REPORT UNDER 11 U.S.C. § 1188(c)**

YOU ARE HEREBY NOTIFIED that the Status Conference required under 11 U.S.C. § 1188(a) to further the expeditious and economical resolution of this Subchapter V Reorganization case will be held on October 20, 2026, at 1:30 PM, in the Thad Cochran U. S. Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi.

ON OR BEFORE October 6, 2026, Debtor shall file with the court and serve on the trustee and all parties in interest the report required under 11 U.S.C. § 1188(c).

DATE: September 2, 2026

Danny L. Miller, Clerk of Court
Thad Cochran U.S. Courthouse
501 E. Court St., Ste. 2.300
Jackson, MS 39201
601-608-4600

Courtroom Deputy
601-608-4693