**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN RE:** | **CASE NO. 26-02354** |
| **RS, LLC,** | **CHAPTER 11** |
| **Debtor and Debtor-in-Possession.** | **SUBCHAPTER V** |

## STATEMENT UNDER PENALTY OF PERJURY REGARDING FINANCIAL STATEMENTS

I, Reginald Jones, being the sole member and authorized representative of RS, LLC (the "Debtor"), state under penalty of perjury as follows:

1. The Debtor filed this Chapter 11 case on August 28, 2026, and elected to proceed under Subchapter V.

2. I am familiar with the Debtor's business operations, books, records, and financial information.

3. In connection with the filing requirements of 11 U.S.C. §§ 1187(a) and 1116(1), I reviewed the financial reports presently available to the Debtor.

4. The Debtor has not prepared a reliable current balance sheet or statement of cash flows that accurately reflects the Debtor's financial condition and cash flows as of or near the petition date.

5. Historical accounting reports bearing those titles exist, but they are unreconciled and contain material inconsistencies. In particular, the historical balance sheet does not balance, and the historical statement of cash flows does not reconcile to the Debtor's other accounting records.

6. Because those reports are not reliable, the Debtor cannot truthfully represent them to the Court as accurate financial statements for purposes of 11 U.S.C. § 1116(1)(A). The Debtor therefore is not filing those unreliable reports as its balance sheet or statement of cash flows.

7. This statement is made to advise the Court, the United States Trustee, and parties in interest accurately concerning the status of those financial statements.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 2, 2026

Reginald Jones
Sole Member and Authorized Representative of RS, LLC