**RS, LLC**
**Profit and Loss**
**January 1-August 25, 2026**

| | Total |
|---|---|
| Income | |
| 1000 Services | 444,563.65 |
| 1100 Gain/Loss on Asset | -17,886.00 |
| **Total for Income** | **$426,677.65** |
| **Gross Profit** | **$426,677.65** |
| Expenses | |
| 6040 Subcontractor Labor | 155,986.16 |
| 6200 Office expenses | 1,643.19 |
| 6250 Office supplies | 34.50 |
| 6300 Merchant account fees | 7,709.40 |
| 6350 Business Productivity Software | 386.84 |
| **Total for 6200 Office expenses** | **$9,773.93** |
| General business expenses | |
| 6330 Bank fees & service charges | 2,518.70 |
| 6370 Memberships & subscriptions | 932.11 |
| **Total for General business expenses** | **$3,450.81** |
| Insurance | |
| 6070 Commercial Vehicle Insurance | 57,803.42 |
| **Total for Insurance** | **$57,803.42** |
| Interest paid | |
| 6080 Business loan interest | 8,212.21 |
| 6090 Credit card interest | 173.83 |
| **Total for Interest paid** | **$8,386.04** |
| Legal & accounting services | |
| 6360 Legal fees | 360.00 |
| **Total for Legal & accounting services** | **$360.00** |
| Meals | |
| 6280 Travel meals | 14.76 |
| **Total for Meals** | **$14.76** |
| Utilities | |
| 6295 Phone service | 798.94 |
| **Total for Utilities** | **$798.94** |
| **Total for Expenses** | **$236,574.06** |

| | |
|---|---|
| **Net Operating Income** | **$190,103.59** |
| Other Expenses | |
| Vehicle expenses | |
| 6020 Vehicle Gas & Fuel | 42,465.64 |
| 6021 Vehicle Repairs and Maintenance | 13,066.35 |
| 6210 Vehicle registration | 283.79 |
| 6215 Temporary Vehicle Lease | 567.60 |
| 6240 Vehicle Wash & Road Services | 3,024.85 |
| 6243 Vehicle Supplies | 156.99 |
| 6245 Vehicle loan interest paid | 22,564.25 |
| **Total for Vehicle expenses** | **$82,129.47** |
| **Total for Other Expenses** | **$82,129.47** |
| **Net Other Income** | **-$82,129.47** |
| **Net Income** | **$107,974.12** |

Cash Basis Tuesday, August 25, 2026 03:42 PM GMT-