United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 26-02354-JAW
RS, LLC Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3 User: mssbad Page 1 of 3
Date Rcvd: Sep 02, 2026 Form ID: pdf012 Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | RS, LLC, 301 Gladeview Pl, Brandon, MS 39047-5016 |
| 5716612 | #+ | CFG Mercaht Solutions, 180 Maiden Lane, Floor 15, New York, NY 10038-5150 |
| 5716611 | | CareCar Inc, 120 Newport Center Dr, Newport Beach, CA 92660-6916 |
| 5716614 | + | First Insurance Fundin, c/o Rauch-Milliken, PO Box 8390, New Orleans, LA 70182 |
| 5716616 | + | Giggle, LLC, 3250 NE 1st Ave, Unit 305, Miami, FL 33137-4295 |
| 5716621 | ++ | LIFTFUND INC, 2007 WEST MARTIN STREET, SAN ANTONIO TX 78207-2630 address filed with court:, LiftFund, Inc, 2007 W Martin St, San Antonio, TX 78207 |
| 5716622 | + | LiteFund Solutions, 99 Wall St, Ste 2613, New York 10005-4301 |
| 5716623 | + | Medical Transportation, 16 Hawk Ridge Dr, Lake Saint Louis, MO 63367-1815 |
| 5716625 | + | Modivcare Solutions, 6900 E Layton Ave, STe 1200, Denver, CO 80237-3656 |
| 5716630 | + | Reginald Jones, 301 Gladeview Place, Brandon, MS 39047-5016 |
| 5716663 | + | U.S. Attorney S.D. Mississippi, c/o U.S. Securities and Exchange Commiss, 501 E. Court Street, Ste. 4.430, Jackson, MS 39201-5025 |
| 5716635 | + | Wex Bank, PO Box 639, Portland, ME 04104-0639 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5717913 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 02 2026 20:01:43 | Ally Capital, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5716609 | | Email/Text: ally@ebn.phinsolutions.com | Sep 02 2026 19:55:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 5716610 | + | Email/PDF: bncnotices@becket-lee.com | Sep 02 2026 20:01:46 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 5716613 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 02 2026 19:55:00 | Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 5716615 | | Email/Text: bankruptcyfilings@fundbox.com | Sep 02 2026 19:55:00 | Fundbox, Inc., 5760 Legacy Dr, Ste B3-535, Plano, TX 75024 |
| 5716617 | ^ | MEBN | Sep 02 2026 19:53:02 | Greenberg, Grant & Ric, 5858 Westheimer Rd, Ste 500, Houston, TX 77057-5645 |
| 5716619 | + | Email/Text: ebone.woods@usdoj.gov | Sep 02 2026 19:55:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5716618 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 02 2026 19:55:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5716620 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 02 2026 20:01:50 | JP Morgan Chase, P.O. Box 15123, Wilmington, DE 19850-5123 |

| | | | | |
|---|---|---|---|---|
| 5716661 | | Email/Text: BANKRUPTCY@DOR.MS.GOV | Sep 02 2026 19:55:00 | MS State Tax Commission, Bankruptcy Section, P.O. Box 23338, Jackson, MS 39225 |
| 5716626 | | Email/Text: BANKRUPTCY@DOR.MS.GOV | Sep 02 2026 19:55:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5716627 | + | Email/Text: bankruptcy@mdes.ms.gov | Sep 02 2026 19:55:00 | MSDES, Office of Legal Affair, P.O. Box 1699, Jackson, MS 39215-1699 |
| 5716624 | | Email/Text: collections@memexcu.com | Sep 02 2026 19:55:00 | Members Exchange, P.O. Box 31049, Jackson, MS 39286-1049 |
| 5716628 | + | Email/Text: chill@mutualcu.org | Sep 02 2026 19:55:00 | Mutual Credit Union, PO Box 25, Vicksburg, MS 39181-0025 |
| 5716629 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Sep 02 2026 19:55:00 | NMAC, P.O. Box 660360, Dallas, TX 75266-0360 |
| 5716631 | + | Email/Text: bankruptcynotices@sba.gov | Sep 02 2026 19:55:00 | SBA, 801 Tom Martin Dr, Ste 210, Birmingham, AL 35211-6426 |
| 5716632 | + | Email/Text: ebone.woods@usdoj.gov | Sep 02 2026 19:55:00 | SBA, c/o US Attorney's Offi, 501 E Court St, Ste. 4.430, Jackson, MS 39201-5025 |
| 5716662 | + | Email/Text: ebone.woods@usdoj.gov | Sep 02 2026 19:55:00 | U.S. Attorney S.D. Mississippi, c/o Internal Revenue Service, 501 E. Court Street, Ste. 4.430, Jackson, MS 39201-5025 |
| 5716659 | | Email/Text: atlreorg@sec.gov | Sep 02 2026 19:55:00 | U.S. Securities and Exchange Commission, Office of Reorganization, 950 East Paces Ferry Road, Suite 900, Atlanta, GA 30326-1382 |
| 5716634 | ^ | MEBN | Sep 02 2026 19:53:23 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5716633 | + | Email/Text: BAN5620@UCBINC.COM | Sep 02 2026 19:55:00 | United Collection Bure, 5620 Southwick Blvd, Ste 206, Toledo, OH 43614-1501 |

TOTAL: 21

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | The Rollins Law Firm, PLLC |
| cr | *+ | Ally Capital, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5716660 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, P.O. Box 21126, Philadelphia, PA 19114 |
| 5716664 | *+ | Reginald Jones, 301 Gladeview Place, Brandon, MS 39047-5016 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Thomas Carl Rollins, Jr | on behalf of Debtor In Possession RS LLC trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Attorney The Rollins Law Firm PLLC trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

**RS, LLC** **CASE NO. 26-02354-JAW**

**DEBTOR-IN-POSSESSION.** **CHAPTER 11**

**NOTICE OF HEARING AND DEADLINES**

RS, LLC has filed an Emergency Motion for Interim and Final Authority to Use Cash Collateral; to Prohibit Post-petition Sweeps and Interception of Receipts; and for Related Adequate-Protection Relief (the "Motion") (Dkt. #15) with the Court in the above-styled case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you might wish to consult one.)**

The Court will hold an evidentiary hearing (the "Hearing") on September 9, 2026, at 10:00 AM, in the Thad Cochran United States Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi, to consider and act upon the Motion.

If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion, you or your attorney must file a written response explaining your position so that the Court receives it by NOON on September 8, 2026 (**Response Due Date**).

Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney. Attorneys and Registered Users of the Electronic Case Filing (ECF) system should file any response using ECF. Others should file any response at U.S. Bankruptcy Court, Thad Cochran U.S. Courthouse, 501 East Court Street, Suite 2.300, Jackson, MS 39201.

If you file a response, you or your attorney are required to attend the Hearing. The Hearing will be electronically recorded by the Court.

Dated: 9/2/2026

Danny L. Miller, Clerk of Court
Thad Cochran U.S. Courthouse
U.S. Bankruptcy Court
501 E. Court Street, Suite 2.300
Jackson, MS 39201
601-608-4600

Courtroom Deputy
601-608-4642 (use to advise of settlement)
601-608-4693

**Parties Noticed:**

ALL CREDITORS AND PARTIES LISTED ON THE COURT'S MAILING MATRIX