**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: RS, LLC CASE NO. 26-02354-JAW**

**DEBTOR(S) CHAPTER 11**

---

**UST'S LIMITED RESPONSE TO DEBTOR'S EMREGENCY MOTION FOR INTERIM AND FINAL AUTHORITY TO USE CASH COLLATERAL; TO PROHIBIT POSTPETITION SWEEPS AND INTERCEPTION OF RECEIPTS; AND FOR RELATED ADEQUATE -PROTECTION RELIEF**
**[DKT. #15]**

---

**COMES NOW**, Kevin M. Epstein, United States Trustee for Region 5 "UST," by and through undersigned counsel, and files this Limited Response to Debtor's Emergency Motin for Interim and Final Authority to Use Cash Collateral; to Prohibit Postpetition Sweeps and Interception of Receipts; and for Related Adequate-Protection Relief [DKT. #15] and in support thereof will show unto the court as follows, to-wit:

I.

The Debtor filed its voluntary Chapter 11, Subchapter-V, petition on August 28, 2028. The subject motion was filed on September 1, 2026. Any order for relief shall be interim at this point, consistent with Rule 4001(b)(2) and (3) of the Federal Rules of Bankruptcy Procedure in order to allow sufficient notice to creditors who may not have been noticed of this proceeding.

II.

The subchapter-V Trustee, Christopher Meredith, was appointed on September 2, 2026, and the § 341 meeting of creditors has been scheduled for October 2, 2026. [DKT. #24] Additionally, Debtor filed its Schedules and Statement of Financial Affairs on August 28, 2026 [DKT. 32] and its Chapter 11 Subchapter-V Plan of Reorganization on September 4, 2026. [DKT. #31] Regardless of the speed in which the case has progressed, neither the UST, the Subchapter-V Trustee, nor the creditors in this case have had the opportunity to examine the debtor's representative regarding the debtor's filed Schedules and Statement of Financial Affairs.

III.

Debtor's Emergency Motion at Paragraph 16 and Exhibit A "Proposed Monthly Cash-Collateral Budget" evidence a monthly owner draw of $19,610.00, but states that no owner distribution or payment of personal expenses in excess of Exhibit A are requested. The UST seeks further information surrounding the owner draw.

IV.

The UST also seeks further information concerning other budget line items:

a. whether "labor/subcontractors" are W-2 employees or 1099 independent contractors

b. to what "registration" is referring

c. to what "memberships" is referring;

d. to what "home-office/business occupancy expense" is referring; and

e. whether any wages, insurance, or fees to accounting services are delinquent

V.

The UST will reserve all other responses/objections to the hearing on this matter.

WHEREFORE, PREMISES CONSIDERED, the United States Trustee submits this Limited Response to Debtor's Debtor's Emergency Motin for Interim and Final Authority to Use Cash Collateral; to Prohibit Postpetition Sweeps and Interception of Receipts; and for Related Adequate-Protection Relief [DKT. #15]and prays that the court will consider the UST's response before entering any order. The United States Trustee prays for general relief to which entitled in these premises.

RESPECTFULLY SUBMITTED, this the 8th day of September 2026.

KEVIN M. EPSTEIN
United States Trustee
Region 5, Judicial Districts of
Louisiana and Mississippi

By: *__/s/Abigail M. Marbury__*
ABIGAIL M. MARBURY

ABIGAIL M. MARBURY (MSB #99626)
ASSISTANT U.S. TRUSTEE
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
501 EAST COURT STREET, SUITE 6-430
JACKSON, MISSISSIPPI 39201
TEL: (601) 965-5245/ EMAIL: abigail.m.marbury@usdoj.gov

**CERTIFICATE OF SERVICE**

I, do hereby certify that a true and exact copy of the foregoing response has been tendered to the individual(s) listed below by U. S. Mail, postage prepaid, and/or CM/ECF.

T.C. Rollins
*Debtor's Counsel*

Christopher Meredith
*Subchapter-V Trustee*

THIS, the 8th day of September 2026.

*/s/ Abigail M. Marbury*
Abigail M. Marbury