United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 26-02354-JAW
RS, LLC Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3 User: mssbad Page 1 of 4
Date Rcvd: Sep 08, 2026 Form ID: 309F2 Total Noticed: 51

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | RS, LLC, 301 Gladeview Pl, Brandon, MS 39047-5016 |
| aty | + | Abigail M. Marbury, Office of the U.S. Trustee, 501 E Court Street Suite 6-430, Jackson, MS 39201-5022 |
| tr | + | Christopher H. Meredith, P.O. Box 6020, Ridgeland, MS 39158-6020 |
| cr | + | First Insurance Funding, c/o Rauch-Milliken, P.O. Box 8390, New Orleans, LA 70182 |
| cr | ++ | LIFTFUND INC, 2007 WEST MARTIN STREET, SAN ANTONIO TX 78207-2630 address filed with court:, LiftFund Inc, 2014 S. Hackberry St., San Antonio, TX 78210 |
| cr | + | LiteFund Solutions LLC, 99 Wall Street, Suite 2613, New York, NY 10005-4301 |
| 5716612 | #+ | CFG Mercaht Solutions, 180 Maiden Lane, Floor 15, New York, NY 10038-5150 |
| 5716611 | | CareCar Inc, 120 Newport Center Dr, Newport Beach, CA 92660-6916 |
| 5716614 | + | First Insurance Fundin, c/o Rauch-Milliken, PO Box 8390, New Orleans, LA 70182 |
| 5716616 | + | Giggle, LLC, 3250 NE 1st Ave, Unit 305, Miami, FL 33137-4295 |
| 5716622 | + | LiteFund Solutions, 99 Wall St, Ste 2613, New York 10005-4301 |
| 5716623 | + | Medical Transportation, 16 Hawk Ridge Dr, Lake Saint Louis, MO 63367-1815 |
| 5716625 | + | Modivcare Solutions, 6900 E Layton Ave, STe 1200, Denver, CO 80237-3656 |
| 5716630 | + | Reginald Jones, 301 Gladeview Place, Brandon, MS 39047-5016 |
| 5716663 | + | U.S. Attorney S.D. Mississippi, c/o U.S. Securities and Exchange Commiss, 501 E. Court Street, Ste. 4.430, Jackson, MS 39201-5025 |
| 5716635 | + | Wex Bank, PO Box 639, Portland, ME 04104-0639 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: trollins@therollinsfirm.com | Sep 08 2026 21:00:00 | Thomas Carl Rollins, Jr, The Rollins Law Firm, PLLC, PO BOX 13767, Jackson, MS 39236 |
| ust | + | Email/Text: ustpregion05.ja.ecf@usdoj.gov | Sep 08 2026 21:00:00 | United States Trustee, 501 East Court Street, Suite 6-430, Jackson, MS 39201-5022 |
| cr | ^ | MEBN | Sep 08 2026 20:58:39 | Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Avenue N.W., Washington, DC 20530-0001 |
| cr | + | Email/Text: BKMail@cfgms.com | Sep 08 2026 21:00:00 | CFG Merchant Solutions LLC, 180 Maiden Lane, 15th Floor, New York, NY 10038-5150 |
| cr | ^ | MEBN | Sep 08 2026 20:58:43 | CT Corporation System, as representative, Attn: SPRS, 330 N. Brand Blvd., Suite 700, Glendale, CA 91203-2336 |
| cr | ^ | MEBN | Sep 08 2026 20:58:48 | First Corporate Solutions, as representative, 914 S Street, Sacramento, CA 95811-7025 |
| cr | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 08 2026 21:00:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |

| | | | | |
|---|---|---|---|---|
| cr | + | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 08 2026 21:09:20 | JPMorgan Chase, P.O. Box 15123, Wilmington, DE 19850-5123 |
| cr | ^ | MEBN | Sep 08 2026 20:58:40 | Lien Solutions, P.O. Box 29071, Glendale, CA 91209-9071 |
| cr | | Email/Text: collections@memexcu.com | Sep 08 2026 21:01:00 | Members Exchange Federal Credit Union, P.O. Box 31049, Jackson, MS 39286-1049 |
| cr | + | Email/Text: bankruptcy@mdes.ms.gov | Sep 08 2026 21:01:00 | Mississippi Department of Employment Security, Office of Legal Affairs, P.O. Box 1699, Jackson, MS 39215-1699 |
| cr | | Email/Text: BANKRUPTCY@DOR.MS.GOV | Sep 08 2026 21:00:00 | Mississippi Department of Revenue, Bankruptcy Section, P.O. Box 22808, Jackson, MS 39225-2808 |
| cr | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Sep 08 2026 21:00:00 | Nissan Motor Acceptance Company (NMAC), P.O. Box 660360, Dallas, TX 75266-0360 |
| cr | + | Email/Text: bankruptcynotices@sba.gov | Sep 08 2026 21:00:00 | U.S. Small Business Administration, Disaster Loan Servicing Center, 2 N. 20th St., Suite 320, Birmingham, AL 35203-4002 |
| cr | + | Email/Text: ebone.woods@usdoj.gov | Sep 08 2026 21:00:00 | United States Attorney, Southern District of Mississippi, 501 East Court Street, Suite 4.430, Jackson, MS 39201-5025 |
| 5717913 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 08 2026 21:09:20 | Ally Capital, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5716609 | | Email/Text: ally@ebn.phinsolutions.com | Sep 08 2026 21:00:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 5716610 | + | Email/PDF: bncnotices@becket-lee.com | Sep 08 2026 21:09:20 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 5716613 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 08 2026 21:00:00 | Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 5716615 | | Email/Text: bankruptcyfilings@fundbox.com | Sep 08 2026 21:00:00 | Fundbox, Inc., 5760 Legacy Dr, Ste B3-535, Plano, TX 75024 |
| 5716617 | ^ | MEBN | Sep 08 2026 20:58:48 | Greenberg, Grant & Ric, 5858 Westheimer Rd, Ste 500, Houston, TX 77057-5645 |
| 5716619 | + | Email/Text: ebone.woods@usdoj.gov | Sep 08 2026 21:00:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5716620 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 08 2026 21:09:20 | JP Morgan Chase, P.O. Box 15123, Wilmington, DE 19850-5123 |
| 5716661 | | Email/Text: BANKRUPTCY@DOR.MS.GOV | Sep 08 2026 21:00:00 | MS State Tax Commission, Bankruptcy Section, P.O. Box 23338, Jackson, MS 39225 |
| 5716626 | | Email/Text: BANKRUPTCY@DOR.MS.GOV | Sep 08 2026 21:00:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5716627 | + | Email/Text: bankruptcy@mdes.ms.gov | Sep 08 2026 21:01:00 | MSDES, Office of Legal Affair, P.O. Box 1699, Jackson, MS 39215-1699 |
| 5716624 | | Email/Text: collections@memexcu.com | Sep 08 2026 21:01:00 | Members Exchange, P.O. Box 31049, Jackson, MS 39286-1049 |
| 5716628 | + | Email/Text: chill@mutualcu.org | Sep 08 2026 21:01:00 | Mutual Credit Union, PO Box 25, Vicksburg, MS 39181-0025 |
| 5716629 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Sep 08 2026 21:00:00 | NMAC, P.O. Box 660360, Dallas, TX 75266-0360 |
| 5716631 | + | Email/Text: bankruptcynotices@sba.gov | Sep 08 2026 21:00:00 | SBA, 801 Tom Martin Dr, Ste 210, Birmingham, AL 35211-6426 |
| 5716632 | + | Email/Text: ebone.woods@usdoj.gov | Sep 08 2026 21:00:00 | SBA, c/o US Attorney's Offi, 501 E Court St, Ste. 4.430, Jackson, MS 39201-5025 |

| | | | | |
|---|---|---|---|---|
| 5716662 | + | Email/Text: ebone.woods@usdoj.gov | Sep 08 2026 21:00:00 | U.S. Attorney S.D. Mississippi, c/o Internal Revenue Service, 501 E. Court Street, Ste. 4.430, Jackson, MS 39201-5025 |
| 5716659 | | Email/Text: atlreorg@sec.gov | Sep 08 2026 21:00:00 | U.S. Securities and Exchange Commission, Office of Reorganization, 950 East Paces Ferry Road, Suite 900, Atlanta, GA 30326-1382 |
| 5716634 | ^ | MEBN | Sep 08 2026 20:58:39 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5716633 | + | Email/Text: BAN5620@UCBINC.COM | Sep 08 2026 21:00:00 | United Collection Bure, 5620 Southwick Blvd, Ste 206, Toledo, OH 43614-1501 |

TOTAL: 35

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | The Rollins Law Firm, PLLC |
| cr | *+ | Ally Capital, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | * | Ally Financial, P.O. Box 380901, Minneapolis, MN 55438-0901 |
| cr | *+ | Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| cr | *P++ | FUNDBOX INC, 300 MONTGOMERY ST, SUITE 900, SAN FRANCISCO CA 94104-1921, address filed with court:, Fundbox, Inc., 5760 Legacy Dr., Suite B3-535, Plano, TX 75024 |
| cr | *+ | Giggle, LLC, 3250 NE 1st Ave, Unit 305, Miami, FL 33137-4295 |
| cr | *P++ | LIFTFUND INC, 2007 WEST MARTIN STREET, SAN ANTONIO TX 78207-2630, address filed with court:, LiftFund Inc., 2007 W. Martin St., San Antonio, TX 78207 |
| cr | *+ | Mutual Credit Union, P.O. Box 25, Vicksburg, MS 39181-0025 |
| cr | *+ | WEX Bank, P.O. Box 639, Portland, ME 04104-0639 |
| 5716660 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, P.O. Box 21126, Philadelphia, PA 19114 |
| 5716618 | * | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5716621 | *P++ | LIFTFUND INC, 2007 WEST MARTIN STREET, SAN ANTONIO TX 78207-2630, address filed with court:, LiftFund, Inc, 2007 W Martin St, San Antonio, TX 78207 |
| 5716664 | *+ | Reginald Jones, 301 Gladeview Place, Brandon, MS 39047-5016 |

TOTAL: 1 Undeliverable, 12 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abigail M. Marbury | on behalf of U.S. Trustee United States Trustee abigail.m.marbury@usdoj.gov |

| | |
|---|---|
| Christopher H. Meredith | cmeredith_trustee@cctb.com cmeredith_notices@cctb.com,CCTBbankruptcyteam@ecf.courtdrive.com,MS19@ecfcbis.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor In Possession RS LLC trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Attorney The Rollins Law Firm PLLC trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 5

# Notice of Chapter 11 Bankruptcy Case

## United States Bankruptcy Court Southern District of Mississippi

***Information to identify the case:***

Debtor **RS, LLC** EIN **87−4823295**

Name

United States Bankruptcy Court of the Southern District of Mississippi Date case filed for chapter **11** **8/28/26**

Case number: **26−02354−JAW**

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 12 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Cell Phones and other electronic devices are generally not allowed in the courthouses of this District. For more information visit www.mssb.uscourts.gov.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| **1. Debtor's full name** | RS, LLC | |
| **2. All other names used in the last 8 years** | | |
| **3. Address** | 301 Gladeview Pl<br>Brandon, MS 39047 | |
| **4. Debtor's attorney**<br>Name and address | Thomas Carl Rollins Jr<br>The Rollins Law Firm, PLLC<br>PO BOX 13767<br>Jackson, MS 39236 | Contact phone 601−500−5533<br>Email trollins@therollinsfirm.com |
| **5. Bankruptcy trustee**<br>Name and address | Christopher H. Meredith<br>P.O. Box 6020<br>Ridgeland, MS 39158 | Contact phone 601−427−1343<br>Email cmeredith_trustee@cctb.com |
| **6. Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.uscourts.gov. | Thad Cochran U.S. Courthouse<br>501 E. Court Street<br>Suite 2.300<br>Jackson, MS 39201 | **Office Hours:**<br>**Monday − Friday 8:00 AM − 5:00PM**<br>**Contact phone 601−608−4600**<br>**Date: 9/8/26** |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath and provide original picture identification. Creditors may attend, but are not required to do so. | **October 2, 2026 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**Meeting will be held telephonically, Call in number: 1-888-330-1716, Passcode: 9133095#** |
| **8. Proof of claim deadline** | **Deadline for all creditors to file a proof of claim** (except governmental units)**: 11/6/26**<br>**Deadline for governmental units to file a proof of claim: 2/24/27**<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at www.pacer.uscourts.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| **9. Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br>**Deadline for filing the complaint: 12/1/26** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. The debtor will generally remain in possession of the property and may continue to operate the debtor's business. | |
| **12. Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |