IN THE UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: RS, LLC — DEBTOR
CASE NO. 26-02354-JAW
CHAPTER 11

ALLY CAPITAL — CREDITOR

**OBJECTION TO CONFIRMATION OF PLAN**

COMES NOW Ally Capital (Ally), by counsel, and objects to confirmation as follows:

1. The Debtor RS, LLC has the following six (6) accounts with Ally, more fully described and identified and designated collectively as "Vehicles":

**TABLE A**

| COLLATERAL / VIN | PROPOSED SECURED | REPLACEMENT VALUE | J.D. POWER VALUATION EXHIBIT |
|---|---|---|---|
| 2019 Chrysler Pacifica VIN ending 8534 | $9,799.20 | $16,200.00 | A |
| 2021 Chevrolet Malibu VIN ending 4864 | $13,406.50 | $16,475.00 | B |
| 2022 Chevrolet Malibu VIN ending 4558 | $15,106.50 | $17,500.00 | C |
| 2022 Chevrolet Malibu VIN ending 3815 | $15,106.50 | $17,050.00 | D |
| 2021 Chevrolet Malibu VIN ending 7409 | $14,319.00 | $16,475.00 | E |
| 2020 Chevrolet Malibu VIN ending 8263 | $11,124.00 | $13,600.00 | F |

2. Debtor proposed to pay Ally a value for each vehicle as listed in Table A. The replacement value of each vehicle as shown in Table A are attached hereto as Exhibits A - F. Ally should be paid the replacement value of the collateral, plus interest.

3. The Debtor must provide and maintain physical damage insurance covering the vehicles as required by the security instruments covering same.

4. The Chapter 11 Plan does not comply with the provisions of the Bankruptcy Code, the Plan should not be confirmed.

WHEREFORE, Ally objects to confirmation as aforesaid and Ally requests such other relief to which it may be entitled in the premises.

Respectfully submitted,

ALLY CAPITAL

by: /s/Olivia Spencer, Its Attorney

KING & SPENCER, PLLC
1855 CRANE RIDGE DRIVE, SUITE D
JACKSON, MS 39216
PHONE: 601-948-1547, MB #104439
spencer@kingandspencer.net

# CERTIFICATE OF SERVICE

I, Olivia Spencer, Attorney for Ally Capital, do hereby certify that I have this day caused to be served, via CM/ECF and/or United States mail, postage prepaid, a true and correct copy of the above and foregoing "Objection to Confirmation of Plan" to:

Thomas Carl Rollins, Esq.
trollins@the rollinsfirm.com
ATTORNEY FOR DEBTOR

Christopher H. Meredith
cmeredith_trustee@cctb.com
TRUSTEE

USTPRegion05.JA.ECF@usdoj.gov
U.S. TRUSTEE

Abigail M. Marbury
abigail.m.marbury@usdoj.gov
ATTORNEY FOR U.S. TRUSTEE

RS, LLC
301 Gladeview Place
Brandon, MS 39047
DEBTOR

SO CERTIFIED this the 21ST day of September 2026.

/s/ OLIVIA SPENCER

KING & SPENCER, PLLC
1855 CRANE RIDGE DRIVE, SUITE D
JACKSON, MS 39216
PHONE: 601-948-1547, MB #104439
spencer@kingandspencer.net

# J.D. POWER

09/08/2026

J.D. POWER Used Cars/Trucks

## Vehicle Information

| | |
|---|---|
| Vehicle : | 2019 Chrysler Pacifica Wagon 4D Limited 3.6L V6 |
| Region : | Southeastern |
| Period : | August, 2026 |
| VIN : | 2C4RC1GG2KR548534 |
| Mileage : | 97500 |

## J.D.POWER Used Cars/Trucks Values

| | Base | Mileage Adj. | Option Adj. | Adjusted Value |
|---|---|---|---|---|
| **Weekly Auction** | | | | |
| **Weekly Used** | | | | |
| Rough Trade-In | $13350.00 | $0 | 0 | $13350.00 |
| Average Trade-In | $14062.50 | $0 | 0 | $14062.50 |
| Clean Trade-In | $14775.00 | $0 | 0 | $14775.00 |
| Clean Retail | $16200.00 | $0 | 0 | $16200.00 |

## Selected Options

| Trade-In/Loan | Retail |
|---|---|

J.D. Power Used CarGuide assumes no responsibility or liability for any errors or omissions or any revisions or additions made by anyone on this report. ©2021 J.D. Power

EXHIBIT

tabbies

"A"

# J.D. POWER

09/08/2026

J.D. POWER Used Cars/Trucks

## Vehicle Information

| | |
|---|---|
| Vehicle : | 2021 Chevrolet Malibu Sedan 4D LT 1.5L I4 Turbo |
| Region : | Southeastern |
| Period : | August, 2026 |
| VIN : | 1G1ZD5ST6MF024864 |
| Mileage : | 77500 |

## J.D.POWER Used Cars/Trucks Values

| | Base | Mileage Adj. | Option Adj. | Adjusted Value |
|---|---|---|---|---|
| **Weekly Auction** | | | | |
| **Weekly Used** | | | | |
| Rough Trade-In | $12500.00 | $0 | 0 | $12500.00 |
| Average Trade-In | $13493.75 | $0 | 0 | $13493.75 |
| Clean Trade-In | $14487.50 | $0 | 0 | $14487.50 |
| Clean Retail | $16475.00 | $0 | 0 | $16475.00 |

## Selected Options

| | Trade-In/Loan | Retail |
|---|---|---|

J.D. Power Used CarGuide assumes no responsibility or liability for any errors or omissions or any revisions or additions made by anyone on this report. ©2021 J.D. Power

EXHIBIT
tabbies
"B"

# J.D. POWER

09/09/2026

J.D. POWER Used Cars/Trucks

## Vehicle Information

| | |
|---|---|
| Vehicle : | 2022 Chevrolet Malibu Sedan 4D LT 1.5L I4 Turbo |
| Region : | Southeastern |
| Period : | August, 2026 |
| VIN : | 1G1ZD5ST9NF114558 |
| Mileage : | 62500 |

## J.D.POWER Used Cars/Trucks Values

| | Base | Mileage Adj. | Option Adj. | Adjusted Value |
|---|---|---|---|---|
| **Weekly Auction** | | | | |
| **Weekly Used** | | | | |
| Rough Trade-In | $13425.00 | $0 | 0 | $13425.00 |
| Average Trade-In | $14443.75 | $0 | 0 | $14443.75 |
| Clean Trade-In | $15462.50 | $0 | 0 | $15462.50 |
| Clean Retail | $17500.00 | $0 | 0 | $17500.00 |

## Selected Options

| | Trade-In/Loan | Retail |
|---|---|---|

J.D. Power Used CarGuide assumes no responsibility or liability for any errors or omissions or any revisions or additions made by anyone on this report. ©2021 J.D. Power

EXHIBIT
"C"
tabbies

# J.D. POWER

09/09/2026

J.D. POWER Used Cars/Trucks

## Vehicle Information

| | |
|---|---|
| Vehicle : | 2022 Chevrolet Malibu Sedan 4D LS Fleet 1.5L I4 Turbo |
| Region : | Southeastern |
| Period : | August, 2026 |
| VIN : | 1G1ZC5ST1NF143815 |
| Mileage : | 62500 |

## J.D.POWER Used Cars/Trucks Values

| | Base | Mileage Adj. | Option Adj. | Adjusted Value |
|---|---|---|---|---|
| **Weekly Auction** | | | | |
| **Weekly Used** | | | | |
| Rough Trade-In | $13325.00 | $0 | 0 | $13325.00 |
| Average Trade-In | $14256.25 | $0 | 0 | $14256.25 |
| Clean Trade-In | $15187.50 | $0 | 0 | $15187.50 |
| Clean Retail | $17050.00 | $0 | 0 | $17050.00 |

## Selected Options

| | Trade-In/Loan | Retail |
|---|---|---|

J.D. Power Used CarGuide assumes no responsibility or liability for any errors or omissions or any revisions or additions made by anyone on this report. ©2021 J.D. Power

EXHIBIT
tabbles
"D"

# J.D. POWER

09/09/2026

J.D. POWER Used Cars/Trucks

## Vehicle Information

| | |
|---|---|
| Vehicle : | 2021 Chevrolet Malibu Sedan 4D LT 1.5L I4 Turbo |
| Region : | Southeastern |
| Period : | August, 2026 |
| VIN : | 1G1ZD5ST8MF027409 |
| Mileage : | 77500 |

## J.D.POWER Used Cars/Trucks Values

| | Base | Mileage Adj. | Option Adj. | Adjusted Value |
|---|---|---|---|---|
| **Weekly Auction** | | | | |
| **Weekly Used** | | | | |
| Rough Trade-In | $12500.00 | $0 | 0 | $12500.00 |
| Average Trade-In | $13493.75 | $0 | 0 | $13493.75 |
| Clean Trade-In | $14487.50 | $0 | 0 | $14487.50 |
| Clean Retail | $16475.00 | $0 | 0 | $16475.00 |

## Selected Options

| | Trade-In/Loan | Retail |
|---|---|---|

J.D. Power Used CarGuide assumes no responsibility or liability for any errors or omissions or any revisions or additions made by anyone on this report. ©2021 J.D. Power

tabbies®
EXHIBIT
"E"

# J.D. POWER

09/09/2026

J.D. POWER Used Cars/Trucks

## Vehicle Information

| | |
|---|---|
| Vehicle : | 2020 Chevrolet Malibu Sedan 4D LS 1.5L I4 Turbo |
| Region : | Southeastern |
| Period : | August, 2026 |
| VIN : | 1G1ZB5ST2LF148263 |
| Mileage : | 87500 |

## J.D.POWER Used Cars/Trucks Values

| | Base | Mileage Adj. | Option Adj. | Adjusted Value |
|---|---|---|---|---|
| **Weekly Auction** | | | | |
| **Weekly Used** | | | | |
| Rough Trade-In | $10050.00 | $0 | 0 | $10050.00 |
| Average Trade-In | $10937.50 | $0 | 0 | $10937.50 |
| Clean Trade-In | $11825.00 | $0 | 0 | $11825.00 |
| Clean Retail | $13600.00 | $0 | 0 | $13600.00 |

## Selected Options

| Trade-In/Loan | Retail |
|---|---|

J.D. Power Used Car Guide assumes no responsibility or liability for any errors or omissions or any revisions or additions made by anyone on this report. ©2021 J.D. Power

EXHIBIT

tabbles

"F"