**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: September 28, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: RS, LLC,**
**Debtor and Debtor-in-Possession**

**CASE NO. 26-02354-JAW**
**CHAPTER 11**
**SUBCHAPTER V**

---

**ORDER APPROVING EMPLOYMENT OF THE ROLLINS LAW FIRM, PLLC**

---

THIS MATTER came before the Court on the Amended Application of RS, LLC (Dk#**13**) to employ The Rollins Law Firm, PLLC as counsel for the Debtor and Debtor-in-Possession. The Court finds that the requirements of 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014 have been satisfied.

IT IS ORDERED that the Application is GRANTED. The Debtor is authorized to employ The Rollins Law Firm, PLLC as counsel effective as of the date the Application was filed, subject to the Bankruptcy Code, Bankruptcy Rules, Local Rules, and further orders of this Court.

IT IS FURTHER ORDERED, consistent with Miss. Bankr. L.R. 2014-1(a)(1), that this Order does not approve the Firm's fee contract, compensation, reimbursement of expenses, or application of any retainer. Any request for allowance or payment of compensation or expenses shall be made by separate application and order under Rule 2016 and applicable law.

##END OF ORDER##

SUBMITTED BY:
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A. Curry Calvillo (MSBN 104367)
THE ROLLINS LAW FIRM, PLLC
P.O. Box 13767
Jackson, Mississippi 39236
Telephone: (601) 500-5533 Email: trollins@therollinsfirm.com
Proposed Counsel for the Debtor and Debtor-in-Possession