**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: RS, LLC** **CASE NO. 26-02354-JAW**

**DEBTOR(S)** **CHAPTER 11**

---

**CHAPTER 11 PROCEEDING MEMO**
**AND MINUTES OF §341 MEETING**
**DATE: October 2, 2026 @ 10:00 a.m.**
**Meeting Held Telephonically**

---

1. Name of attorney(s) for debtor(s): T.C. Rollins, Esq.

2. Has attorney(s) for debtor(s)filed a fee disclosure statement pursuant to 11 U.S.C. §329 and Rule 2016, Federal Rules of Bankruptcy Procedure? __X__Yes _____No.

3. Has a Chapter 11 Creditors' Committee or Equity Security Holders' Committee been appointed pursuant to 11 U.S.C. §1102? ______Yes ______ No __X___ N/A (subchapter-V)

4. Appearances:
   (X) Debtor(s): RS, LLC
   (X) Debtor(s) representative Reginald Jones
   (X) Attorney(s) for debtor(s) T.C. Rollins, Esq.
   Perry Littlefield, Esq.
   (X) Subchapter-V Trustee Christopher Meredith, Esq.
   ( ) Creditor(s): **NONE PRESENT**

5. Debtor(s) examined under oath or affirmation by:
   ( ) Attorney for debtor(s) ( ) Creditors
   (X) UST designee ( ) Others (specify below)
   ( ) Subchapter-V Trustee

6. **<u>On or before October 30, 2026, the Debtor(s) shall:</u>**

   (1.) Provide the UST with proof of insurance for the 2022 Chevy Malibu (VIN x4558);
   (2.) Provide the UST with proof that it is listed as a party for notice on all of debtor's insurance policies;

(3.) Provide the UST with signature cards for the 3 DIP accounts opened with Chase; and

(4.) Amend Schedule A/B, line 74 to provide a full description of the nature of the claim against the merchant cash advance (MCA) entities.

7. Do(es) the Debtor(s) pay a Domestic Support Obligation? ____Yes ___ No _X___ N/A

8. Fifth amendment invoked by Debtor(s)? _____Yes _X____No

9. Meeting concluded (X) Yes ( ) No. If no, meeting is continued to _N/A_

Additional notes and/or comments:

Regarding SOFA, line 10: Debtor will confirm whether claim is pending or if Ally received insurance payout. If payment received, amend schedules as necessary.

(Proceeding Recorded)

*/s/ Abigail M. Marbury*
ABIGAIL M. MARBURY
Presiding Officer