**Fill in this information to identify the case:**

Debtor Name RS, LLC

United States Bankruptcy Court for the: Southern District of Mississippi

Case number: 26-02354-JAW

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: August 28-31, 2026

Date report filed: 10/2/2026 MM / DD / YYYY

Line of business: Non-emergency medical transportation

NAISC code: 485991

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Reginald Jones, Owner

Original signature of responsible party [signature]

Printed name of responsible party Reginald Jones

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name RS, LLC Case number 26-02354-JAW

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☑ | ☐ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts** $ 19,167.71

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here. $ 0.00

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*. – $ 544.03

Report the total from *Exhibit D* here.

22. **Net cash flow** + $ -544.03

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here. = $ 18,623.68

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables** $ 0.00

*(Exhibit E)*

Debtor Name RS, LLC Case number 26-02354-JAW

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** $ 34,000.00

*(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed? 8

27. What is the number of employees as of the date of this monthly report? 9

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 0.00

30. How much have you paid this month in other professional fees? $ 0.00

31. How much have you paid in total other professional fees since filing the case? $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* **Projected** Copy lines 35-37 from the previous month's report. | – | Column B **Actual** Copy lines 20-22 of this report. | = | *Column C* **Difference** Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ N/A | – | $ 0.00 | = | $ N/A |
| 33. **Cash disbursements** | $ N/A | – | $ 544.03 | = | $ N/A |
| 34. **Net cash flow** | $ N/A | – | $ -544.03 | = | $ N/A |

35. Total projected cash receipts for the next month: $ N/A

36. Total projected cash disbursements for the next month: - $ N/A

37. Total projected net cash flow for the next month: = $ N/A

Debtor Name RS, LLC Case number 26-02354-JAW

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- ☐ 39. Bank reconciliation reports for each account.
- ☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- ☐ 41. Budget, projection, or forecast reports.
- ☐ 42. Project, job costing, or work-in-progress reports.



Print Save As... Reset

CHASE

JPMorgan Chase Bank, N.A.
P O Box 44959
Indianapolis, IN 46244 - 4959

August 01, 2026 through August 31, 2026
Account Number: XXXX6369

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

We accept operator relay calls

00004262 DRE 552 212 24626 NNNNNNNNNNN 1 000000000 D2 0000 AT 00

RS,LLC
301 GLADEVIEW PL
BRANDON MS 39047-5016

## CHECKING SUMMARY

Chase Performance Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$12,977.42** |
| Deposits and Additions | 13 | 100,230.47 |
| ATM & Debit Card Withdrawals | 10 | -3,230.65 |
| Electronic Withdrawals | 127 | -66,501.48 |
| Other Withdrawals | 3 | -24,722.03 |
| Fees | 1 | -130.05 |
| **Ending Balance** | **154** | **$18,623.68** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/06 | ATM Cash Deposit 08/06 315 Ridge Way Flowood MS Card 0965 | $700.00 |
| 08/06 | Orig CO Name:Medical Transpor Orig ID:2431719762 Desc Date: CO Entry Descr:EDI Pymntssec:CCD Trace#:091000018319127 Eed:260806 Ind ID:xxxx1690 Ind Name:Rs LLC EDI Trn: 2188319127Tc | 6,896.65 |
| 08/06 | Online Transfer From Chk ...8808 Transaction#: 30308412395 | 7.00 |
| 08/07 | Orig CO Name:Medical Transpor Orig ID:2431719762 Desc Date: CO Entry Descr:EDI Pymntssec:CCD Trace#:091000013619926 Eed:260807 Ind ID:xxxx2147 Ind Name:Rs LLC EDI Trn: 2193619926Tc | 91.66 |
| 08/13 | Orig CO Name:Medical Transpor Orig ID:2431719762 Desc Date: CO Entry Descr:EDI Pymntssec:CCD Trace#:091000019476898 Eed:260813 Ind ID:xxxx6326 Ind Name:Rs LLC EDI Trn: 2259476898Tc | 8,578.87 |
| 08/13 | Online Transfer From Chk ...8808 Transaction#: 30396746904 | 768.00 |
| 08/13 | Online Transfer From Chk ...8808 Transaction#: 30396813656 | 350.00 |
| 08/14 | Orig CO Name:Modivcare Soluti Orig ID:4582491253 Desc Date: CO Entry Descr:EDI Pymntssec:CCD Trace#:091000015625018 Eed:260814 Ind ID:EFT-01916635 Ind Name:Rs LLC EDI Trn: 2265625018Tc | 24,585.65 |
| 08/17 | Online Transfer From Chk ...8808 Transaction#: 30425585285 | 150.00 |
| 08/19 | Deposit 380058760 | 11,000.00 |

CHASE

August 01, 2026 through August 31, 2026
Account Number: XXXX6369

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/20 | Orig CO Name:Medical Transpor Orig ID:2431719762 Desc Date: CO Entry Descr:EDI Pymntssec:CCD Trace#:091000010347340 Eed:260820 Ind ID:xxxx3567 Ind Name:Rs LLC EDI Trn: 2320347340Tc | 11,133.85 |
| 08/27 | Orig CO Name:Medical Transpor Orig ID:2431719762 Desc Date: CO Entry Descr:EDI Pymntssec:CCD Trace#:091000011738197 Eed:260827 Ind ID:xxxx0028 Ind Name:Rs LLC EDI Trn: 2391738197Tc | 10,887.75 |
| 08/28 | Orig CO Name:Modivcare Soluti Orig ID:4582491253 Desc Date: CO Entry Descr:EDI Pymntssec:CCD Trace#:091000010489187 Eed:260828 Ind ID:EFT-01934721 Ind Name:Rs LLC EDI Trn: 2400489187Tc | 25,081.04 |
| **Total Deposits and Additions** | | **$100,230.47** |

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 08/05 | Card Purchase | 08/04 Enterprise Rent-A-Car Flowood MS Card 0965 | $189.81 |
| 08/06 | ATM Withdrawal | 08/06 315 Ridge Way Flowood MS Card 0965 | 1,500.00 |
| 08/10 | Card Purchase | 08/10 Giggle Finance Hollywood FL Card 0965 | 222.03 |
| 08/18 | Card Purchase | 08/17 Auto Glass Now - #57 601-933-9500 MS Card 0965 | 267.06 |
| 08/18 | Card Purchase | 08/17 Auto Glass Now - #57 601-933-9500 MS Card 0965 | 267.06 |
| 08/19 | Card Purchase | 08/18 Rankin CO. Tax Collecto Brandon MS Card 0965 | 115.88 |
| 08/19 | Card Purchase | 08/18 Paystar 225-228-6250 LA Card 0965 | 2.72 |
| 08/20 | Card Purchase | 08/20 Giggle Finance Hollywood FL Card 0965 | 222.03 |
| 08/24 | Card Purchase | 08/24 Giggle Finance Hollywood FL Card 0965 | 222.03 |
| 08/31 | Card Purchase | 08/31 Giggle Finance Hollywood FL Card 0965 | 222.03 |
| **Total ATM & Debit Card Withdrawals** | | | **$3,230.65** |

## ATM & DEBIT CARD SUMMARY

| | |
|---|---|
| Reginald Jones Card 0965 | |
| Total ATM Withdrawals & Debits | $1,500.00 |
| Total Card Purchases | $1,730.65 |
| Total Card Deposits & Credits | $700.00 |
| ATM & Debit Card Totals | |
| Total ATM Withdrawals & Debits | $1,500.00 |
| Total Card Purchases | $1,730.65 |
| Total Card Deposits & Credits | $700.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/03 | 08/01 Online Transfer To Chk ...8808 Transaction#: 30244551521 | $400.00 |
| 08/03 | 08/01 Online Transfer To Chk ...8808 Transaction#: 30245078964 | 50.00 |
| 08/03 | 08/02 Online Transfer To Chk ...8808 Transaction#: 30250069627 | 330.00 |
| 08/03 | 08/02 Online Transfer To Chk ...8808 Transaction#: 30252616667 | 30.00 |
| 08/03 | 08/03 Online Transfer To Chk ...8808 Transaction#: 30261413500 | 225.00 |
| 08/03 | 08/03 Online Transfer To Chk ...8808 Transaction#: 30262911413 | 50.00 |
| 08/03 | 08/03 Online Transfer To Chk ...8808 Transaction#: 30262944093 | 50.00 |
| 08/03 | 08/03 Online Transfer To Chk ...8808 Transaction#: 30270109660 | 500.00 |
| 08/03 | 08/03 Online Transfer To Chk ...8808 Transaction#: 30270167272 | 250.00 |

CHASE

August 01, 2026 through August 31, 2026
Account Number:

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/03 | Orig CO Name:Cfg Merchant So Orig ID:562147953C Desc Date:260730 CO Entry Descr:Achpaymentsec:CCD Trace#:061104592051772 Eed:260731 Ind ID:W004 Ind Name:Rsllc Ef73F9C3E6 Trn: 2122051772Tc | 550.00 |
| 08/03 | Orig CO Name:Litefund Solutio Orig ID:1016207445 Desc Date:073026 CO Entry Descr:Ns LLC Db Sec:CCD Trace#:114094342048403 Eed:260731 Ind ID:xxxx0040 Tc6 Ind Name:Rsllc NA Trn: 2122048403Tc | 100.00 |
| 08/04 | 08/04 Online Transfer To Chk ...8808 Transaction#: 30277044181 | 2,885.00 |
| 08/04 | 08/04 Online Transfer To Chk ...8808 Transaction#: 30277465771 | 190.00 |
| 08/04 | 08/04 Online Transfer To Chk ...8808 Transaction#: 30282061173 | 132.38 |
| 08/04 | Orig CO Name:Nissan Ret Orig ID:9581894901 Desc Date:260803 CO Entry Descr:Auto Loan Sec:Web Trace#:021000024654888 Eed:260803 Ind ID:xxxx7390 Ind Name:Jones Reggie Trn: 2154654888Tc | 650.41 |
| 08/04 | Orig CO Name:Uspremiumfinance Orig ID:3650370655 Desc Date:260731 CO Entry Descr:Drafts Sec:CCD Trace#:061201756915423 Eed:260803 Ind ID:xxxx3144 Ind Name:Rs Solutions LLC Trn: 2156915423Tc | 321.34 |
| 08/04 | Orig CO Name:Litefund Solutio Orig ID:1016207445 Desc Date:073126 CO Entry Descr:Ns LLC Db Sec:CCD Trace#:114094347027346 Eed:260803 Ind ID:xxxx0036 Jmg Ind Name:Rsllc NA Trn: 2157027346Tc | 100.00 |
| 08/05 | 08/05 Online Transfer To Chk ...8808 Transaction#: 30286799802 | 200.00 |
| 08/05 | Orig CO Name:Fleetcor Funding Orig ID:2201912242 Desc Date:080326 CO Entry Descr:Bt0803 Sec:CCD Trace#:041000129279083 Eed:260804 Ind ID:xxxx5612 Ind Name:2808483_99123_1 | 3,520.84 |
| 08/05 | Orig CO Name:Ally Orig ID:9833122002 Desc Date:260804 CO Entry Descr:Ally Paymtsec:CCD Trace#:021000027430492 Eed:260804 Ind ID:xxxx8483 Ind Name:Rs LLC Trn: 2167430492Tc | 615.27 |
| 08/05 | Orig CO Name:Chrysler Capital Orig ID:1363149993 Desc Date: CO Entry Descr:Billpay Sec:CCD Trace#:021214899369294 Eed:260804 Ind ID:xxxx5240 Ind Name:Reginald Jones | 587.98 |
| 08/05 | Orig CO Name:Ally Orig ID:9833122002 Desc Date:260804 CO Entry Descr:Ally Paymtsec:CCD Trace#:021000027430493 Eed:260804 Ind ID:xxxx2167 Ind Name:Rs LLC Trn: 2167430493Tc | 489.24 |
| 08/05 | Orig CO Name:Ally Orig ID:9833122002 Desc Date:260804 CO Entry Descr:Ally Paymtsec:CCD Trace#:021000027430491 Eed:260804 Ind ID:xxxx2500 Ind Name:Rs LLC Trn: 2167430491Tc | 484.54 |
| 08/05 | Orig CO Name:Litefund Solutio Orig ID:1016207445 Desc Date:080326 CO Entry Descr:Ns LLC Db Sec:CCD Trace#:114094349426430 Eed:260804 Ind ID:xxxx0034 KS1 Ind Name:Rsllc NA Trn: 2169426430Tc | 100.00 |
| 08/06 | 08/06 Online ACH Payment 11231125167 To Briana (_######7370) | 580.00 |
| 08/06 | 08/06 Online ACH Payment 11231143540 To Chrystal (_###9517) | 500.00 |
| 08/06 | 08/06 Online ACH Payment 11231143577 To Donovan (_#######7031) | 375.00 |
| 08/06 | 08/06 Online ACH Payment 11231125289 To Lukeshia (_########9875) | 650.00 |
| 08/06 | 08/06 Online ACH Payment 11231143611 To Mrpaige (_#######9028) | 780.00 |
| 08/06 | 08/06 Online ACH Payment 11231125326 To Terrance (_##########0262) | 650.00 |
| 08/06 | 08/06 Online Transfer To Chk ...8808 Transaction#: 30301832024 | 795.00 |
| 08/06 | 08/06 Online Transfer To Chk ...8808 Transaction#: 30306788906 | 575.00 |
| 08/06 | 08/06 Online ACH Payment 11231333195 To Wink (_###2352) | 722.00 |
| 08/06 | Orig CO Name:Litefund Solutio Orig ID:1016207445 Desc Date:080426 CO Entry Descr:Ns LLC Db Sec:CCD Trace#:114094343497101 Eed:260805 Ind ID:xxxx0036 Yus Ind Name:Rsllc NA Trn: 2173497101Tc | 100.00 |
| 08/07 | Orig CO Name:Nissan Ret Orig ID:9581894901 Desc Date:260806 CO Entry Descr:Auto Loan Sec:Web Trace#:021000025419316 Eed:260806 Ind ID:xxxx3336 Ind Name:Jones Reggie Trn: 2185419316Tc | 688.54 |
| 08/07 | Orig CO Name:Litefund Solutio Orig ID:1016207445 Desc Date:080526 CO Entry Descr:Ns LLC Db Sec:CCD Trace#:114094348414186 Eed:260806 Ind ID:xxxx1145 Eh Ind Name:Rsllc NA Trn: 2188414186Tc | 100.00 |
| 08/11 | Orig CO Name:Intuit * Orig ID:0000756346 Desc Date:260809 CO Entry Descr:Qbooks Onlsec:CCD Trace#:021000026198348 Eed:260810 Ind ID:xxxx0405 Ind Name:Reginald Jones | 38.00 |

CHASE

August 01, 2026 through August 31, 2026
Account Number:

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/13 | 08/13 Online ACH Payment 11232166314 To Briana (_######7370) | 650.00 |
| 08/13 | 08/13 Online ACH Payment 11232176055 To Chrystal (_###9517) | 500.00 |
| 08/13 | 08/13 Online ACH Payment 11232176500 To Lukeshia (_########9875) | 650.00 |
| 08/13 | 08/13 Online ACH Payment 11232187023 To Shirquelle (_########4649) | 1,300.00 |
| 08/13 | 08/13 Online ACH Payment 11232187079 To Shirquelle (_########4649) | 100.00 |
| 08/13 | 08/13 Online ACH Payment 11232187130 To Shirquelle (_########4649) | 15.00 |
| 08/13 | 08/13 Online ACH Payment 11232187194 To Terrance (_##########0262) | 650.00 |
| 08/13 | 08/13 Online Transfer To Chk ...8808 Transaction#: 30391938917 | 1,460.00 |
| 08/13 | 08/13 Online ACH Payment 11232182141 To Donovan (_#######7031) | 580.00 |
| 08/13 | 08/13 Online ACH Payment 11232342736 To Kosciusko (_#######6071) | 260.00 |
| 08/13 | 08/13 Online ACH Payment 11232347931 To Wink (_###2352) | 1,330.00 |
| 08/13 | 08/13 Online ACH Payment 11232348420 To Mrpaige (_#######9028) | 780.00 |
| 08/13 | 08/13 Online ACH Payment 11232349767 To Kim (_###########6892) | 350.00 |
| 08/13 | 08/13 Online Transfer To Chk ...8808 Transaction#: 30397723546 | 100.00 |
| 08/14 | 08/14 Online Transfer To Chk ...8808 Transaction#: 30403862987 | 2,400.00 |
| 08/14 | 08/14 Online Transfer To Chk ...8808 Transaction#: 30404740079 | 100.00 |
| 08/14 | 08/14 Online Transfer To Chk ...8808 Transaction#: 30408150244 | 2,500.00 |
| 08/14 | 08/14 Online Transfer To Chk ...8808 Transaction#: 30410466052 | 1,050.00 |
| 08/14 | 08/14 Online Transfer To Chk ...8808 Transaction#: 30411565416 | 75.00 |
| 08/14 | 08/14 Online Transfer To Chk ...8808 Transaction#: 30413921066 | 144.00 |
| 08/14 | 08/14 Online Transfer To Chk ...8808 Transaction#: 30414395394 | 80.00 |
| 08/14 | Orig CO Name:Ipfs866-412-2561 Orig ID:0Ad2424370 Desc Date: CO Entry Descr:Ipfspmtmoksec:CCD Trace#:101000019426466 Eed:260813 Ind ID:C83263 Ind Name:Rs Solutions LLC | 5,303.63 |
| 08/17 | 08/15 Online Transfer To Chk ...8808 Transaction#: 30425583999 | 200.00 |
| 08/17 | 08/15 Online Transfer To Chk ...8808 Transaction#: 30426557866 | 100.00 |
| 08/17 | 08/17 Online Transfer To Chk ...8808 Transaction#: 30444520954 | 200.00 |
| 08/17 | 08/17 Online Transfer To Chk ...8808 Transaction#: 30444948090 | 40.00 |
| 08/17 | 08/17 Online Transfer To Chk ...8808 Transaction#: 30450523342 | 30.00 |
| 08/17 | 08/17 Online Transfer To Chk ...8808 Transaction#: 30451930483 | 100.00 |
| 08/18 | 08/18 Online Transfer To Chk ...8808 Transaction#: 30454669863 | 25.00 |
| 08/18 | 08/18 Online Transfer To Chk ...8808 Transaction#: 30457369949 | 250.00 |
| 08/18 | 08/18 Online Transfer To Chk ...8808 Transaction#: 30458866910 | 100.00 |
| 08/19 | 08/19 Online Transfer To Chk ...8808 Transaction#: 30466655092 | 41.00 |
| 08/19 | 08/19 Online Transfer To Chk ...8808 Transaction#: 30469535367 | 746.00 |
| 08/19 | 08/19 Online Transfer To Chk ...8808 Transaction#: 30469700698 | 200.00 |
| 08/19 | 08/19 Online Transfer To Chk ...8808 Transaction#: 30470861473 | 50.00 |
| 08/19 | Orig CO Name:Fleetcor Funding Orig ID:2201912242 Desc Date:081726 CO Entry Descr:Bt0817 Sec:CCD Trace#:041000127645198 Eed:260818 Ind ID:xxxx3082 Ind Name:2808483_99123_1 | 4,191.89 |
| 08/19 | Orig CO Name:Nissan Ret Orig ID:9581894901 Desc Date:260818 CO Entry Descr:Auto Loan Sec:Web Trace#:021000022909124 Eed:260818 Ind ID:xxxx3329 Ind Name:Jones Reggie Trn: 2302909124Tc | 549.62 |
| 08/20 | 08/20 Online Transfer To Chk ...8808 Transaction#: 30482455382 | 50.00 |
| 08/20 | 08/20 Online ACH Payment 11233305639 To Briana (_######7370) | 580.00 |
| 08/20 | 08/20 Online ACH Payment 11233305717 To Chrystal (_###9517) | 500.00 |
| 08/20 | 08/20 Online ACH Payment 11233306090 To Kosciusko (_#######6071) | 130.00 |
| 08/20 | 08/20 Online ACH Payment 11233306212 To Lukeshia (_########9875) | 780.00 |
| 08/20 | 08/20 Online ACH Payment 11233306250 To Mrpaige (_#######9028) | 650.00 |
| 08/20 | 08/20 Online ACH Payment 11233315764 To Terrance (_##########0262) | 650.00 |
| 08/20 | 08/20 Online ACH Payment 11233315849 To Terrance (_##########0262) | 40.00 |
| 08/20 | 08/20 Online ACH Payment 11233315957 To Donovan (_#######7031) | 600.00 |

CHASE

August 01, 2026 through August 31, 2026
Account Number:

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/20 | 08/20 Online ACH Payment 11233309246 To Hattie (_########8453) | 565.00 |
| 08/20 | 08/20 Online ACH Payment 11233330163 To Wink (_###2352) | 1,350.00 |
| 08/20 | 08/20 Online ACH Payment 11233330195 To Wink (_###2352) | 500.00 |
| 08/20 | 08/20 Online Transfer To Chk ...8808 Transaction#: 30488619191 | 75.00 |
| 08/20 | Orig CO Name:Litefund Solutio Orig ID:1016207445 Desc Date:081826 CO Entry Descr:Ns LLC Db Sec:CCD Trace#:114094349967175 Eed:260819 Ind ID:xxxx0034 Bnr Ind Name:Rsllc NA Trn: 2319967175Tc | 200.00 |
| 08/21 | 08/21 Online Transfer To Chk ...8808 Transaction#: 30495716344 | 570.00 |
| 08/21 | 08/21 Online ACH Payment 11233415084 To Kim (_##########6892) | 350.00 |
| 08/21 | 08/21 Online Transfer To Chk ...8808 Transaction#: 30505092406 | 100.00 |
| 08/21 | Orig CO Name:Litefund Solut Orig ID:D881500656 Desc Date:082026 CO Entry Descr:Daily Sec:CCD Trace#:021406660431999 Eed:260820 Ind ID:xxxx9649 Ind Name:Rsllc Trn: 2320431999Tc | 200.00 |
| 08/24 | 08/22 Online Transfer To Chk ...8808 Transaction#: 30519152277 | 250.00 |
| 08/24 | 08/22 Online Transfer To Chk ...8808 Transaction#: 30519786655 | 40.00 |
| 08/24 | 08/23 Online Transfer To Chk ...8808 Transaction#: 30523666253 | 130.00 |
| 08/24 | 08/23 Online Transfer To Chk ...8808 Transaction#: 30523905923 | 20.00 |
| 08/24 | Orig CO Name:Cfg Merchant So Orig ID:562147953C Desc Date:260820 CO Entry Descr:Achpaymentsec:CCD Trace#:061104592395737 Eed:260821 Ind ID:W006 Ind Name:Rsllc2 3D2Fe8E961 Trn: 2332395737Tc | 550.00 |
| 08/25 | 08/25 Online Transfer To Chk ...8808 Transaction#: 30544839864 | 50.00 |
| 08/25 | 08/25 Online Transfer To Chk ...8808 Transaction#: 30546908531 | 200.00 |
| 08/26 | 08/26 Online Transfer To Chk ...8808 Transaction#: 30555306878 | 100.00 |
| 08/26 | 08/26 Online Transfer To Chk ...8808 Transaction#: 30560003684 | 200.00 |
| 08/26 | Orig CO Name:Ally Orig ID:9833122002 Desc Date:260825 CO Entry Descr:Ally Paymtsec:CCD Trace#:021000023727452 Eed:260825 Ind ID:xxxx8739 Ind Name:Rs LLC Trn: 2373727452Tc | 821.68 |
| 08/26 | Orig CO Name:Litefund Solut Orig ID:D881500656 Desc Date:082526 CO Entry Descr:Daily Sec:CCD Trace#:021406663711845 Eed:260825 Ind ID:xxxx0767 Ind Name:Rsllc Trn: 2373711845Tc | 200.00 |
| 08/27 | 08/27 Online Transfer To Chk ...8808 Transaction#: 30566297946 | 620.00 |
| 08/27 | 08/27 Online Transfer To Chk ...8808 Transaction#: 30567754742 | 150.00 |
| 08/27 | 08/27 Online Transfer To Chk ...8808 Transaction#: 30567766014 | 30.00 |
| 08/27 | 08/27 Online ACH Payment 11234113850 To Briana (_######7370) | 650.00 |
| 08/27 | 08/27 Online ACH Payment 11234113974 To Chrystal (_###9517) | 600.00 |
| 08/27 | 08/27 Online ACH Payment 11234124991 To Donovan (_#######7031) | 575.00 |
| 08/27 | 08/27 Online ACH Payment 11234125311 To Lukeshia (_########9875) | 650.00 |
| 08/27 | 08/27 Online ACH Payment 11234114576 To Mrpaige (_#######9028) | 780.00 |
| 08/27 | 08/27 Online ACH Payment 11234125567 To Shirquelle (_########4649) | 1,300.00 |
| 08/27 | 08/27 Online ACH Payment 11234125842 To Wink (_###2352) | 500.00 |
| 08/27 | 08/27 Online ACH Payment 11234165487 To Terrance (_##########0262) | 600.00 |
| 08/27 | 08/27 Online ACH Payment 11234165586 To Hattie (_########8453) | 325.00 |
| 08/27 | 08/27 Online Transfer To Chk ...8808 Transaction#: 30571358004 | 500.00 |
| 08/27 | 08/27 Online Transfer To Chk ...8808 Transaction#: 30572110452 | 10.00 |
| 08/27 | 08/27 Online ACH Payment 11234227675 To Wink (_###2352) | 700.00 |
| 08/27 | Orig CO Name:Ally Orig ID:9833122002 Desc Date:260826 CO Entry Descr:Ally Paymtsec:CCD Trace#:021000028422950 Eed:260826 Ind ID:xxxx8413 Ind Name:Rs LLC Trn: 2388422950Tc | 491.12 |
| 08/28 | 08/28 Online Transfer To Chk ...8808 Transaction#: 30581891061 | 300.00 |
| 08/28 | 08/28 Online Transfer To Chk ...8808 Transaction#: 30584332925 | 130.00 |
| 08/28 | 08/28 Online Transfer To Chk ...8808 Transaction#: 30585608992 | 100.00 |
| 08/28 | 08/28 Online ACH Payment 11234363237 To Terrance (_##########0262) | 100.00 |
| 08/28 | 08/28 Online Transfer To Chk ...8808 Transaction#: 30585826064 | 50.00 |

CHASE

August 01, 2026 through August 31, 2026
Account Number:

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/28 | 08/28 Online Transfer To Chk ...8808 Transaction#: 30591197298 | 167.00 |
| 08/31 | 08/30 Online Transfer To Chk ...8808 Transaction#: 30611975150 | 75.00 |
| 08/31 | 08/31 Online Transfer To Chk ...8808 Transaction#: 30621619180 | 80.00 |
| **Total Electronic Withdrawals** | | **$66,501.48** |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/04 | Orig CO Name:Giggle Finance Orig ID:8800013027 Desc Date:260803 CO Entry Descr:4694895343Sec:PPD Trace#:096016935248644 Eed:260803 Ind ID: Ind Name:Reginald Jones Trn: 2155248644Tc | $222.03 |
| 08/18 | 08/18 Withdrawal | 11,000.00 |
| 08/28 | 08/28 Withdrawal | 13,500.00 |
| **Total Other Withdrawals** | | **$24,722.03** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/05 | Service Charges For The Month of July | $130.05 |
| **Total Fees** | | **$130.05** |

You were charged a monthly service fee of $40.00 this period. You can avoid this fee in the future by maintaining a relationship balance (combined business deposits) of $35,000.00. Your relationship balance was $7,386.00.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 08/03 | $10,442.42 | 08/13 | 15.14 | 08/24 | 7,431.72 |
| 08/04 | 5,941.26 | 08/14 | 12,948.16 | 08/25 | 7,181.72 |
| 08/05 | -376.47 | 08/17 | 12,428.16 | 08/26 | 5,860.04 |
| 08/06 | 0.18 | 08/18 | 519.04 | 08/27 | 8,266.67 |
| 08/07 | -696.70 | 08/19 | 5,621.93 | 08/28 | 19,000.71 |
| 08/10 | -918.73 | 08/20 | 9,863.75 | 08/31 | 18,623.68 |
| 08/11 | -956.73 | 08/21 | 8,643.75 | | |

## SERVICE CHARGE SUMMARY

| | | |
|---|---|---|
| Maintenance Fee | $40.00 | |
| Excess Product Fees | $0.00 | |
| Other Service Charges | $260.75 | |
| **Total Service Charges** | **$300.75** | Will be assessed on 9/3/26 |

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 36 |
| Deposits / Credits | 8 |
| Deposited Items | 1 |
| **Total Transactions** | **45** |

CHASE

August 01, 2026 through August 31, 2026
Account Number:

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| Your Product Includes: | | | | | |
| **ACCOUNT** XXXX6369 | | | | | |
| Monthly Service Fee | 1 | | | $40.00 | $40.00 |
| Transactions | 45 | 0 | 45 | $0.00 | $0.00 |
| Stop Payments - Manual | 6 | 0 | 6 | $30.00 | $180.00 |
| **Subtotal** | | | | | **$220.00** |
| **Other Fees** | | | | | |
| Electronic Items Deposited | 1 | 999,999,999 | 0 | $0.40 | $0.00 |
| Electronic Credits | 7 | 999,999,999 | 0 | $0.40 | $0.00 |
| Non-Electronic Transactions | 38 | 250 | 0 | $0.50 | $0.00 |
| Rtp/Same Day-Low Value | 1,680 | 0 | 1,680 | $0.01 | $16.80 |
| Standard ACH Pmnts Initial Fee | 10 | 0 | 10 | $2.50 | $25.00 |
| Std ACH Pmnts Volume Fee | 33 | 0 | 33 | $0.15 | $4.95 |
| Overdraft Item Paid | 1 | 0 | 1 | $34.00 | $34.00 |
| **Total Service Charge (Will be assessed on 9/3/26)** | | | | | **$300.75** |

| **ACCOUNT** XXXX6369 | |
|---|---|
| Monthly Service Fee | 1 |
| Stop Payments - Manual | 6 |
| Electronic Items Deposited | 1 |
| Electronic Credits | 7 |
| Non-Electronic Transactions | 38 |
| Rtp/Same Day-Low Value | 1,680 |
| Standard ACH Pmnts Initial Fee | 10 |
| Std ACH Pmnts Volume Fee | 33 |
| Overdraft Item Paid | 1 |

Reminder: Fees associated with ACH Payments, Real Time Payments, Same Day ACH, ACH Collections and Chase QuickDeposit℠ are based on previous month activity.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

CHASE

August 01, 2026 through August 31, 2026

Account Number: XXXX6369

This Page Intentionally Left Blank