**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: RS, LLC** **BANKRUPTCY NO. 26-02354-JAW**

**NOTICE OF ENTRY OF APPEARANCE OF COUNSEL**

Pursuant to Bankruptcy Rules 2002 and 9010, John S. Simpson of the law firm of Simpson Law Firm PA, hereby enters his appearance as attorney for Members Exchange Federal Credit Union and requests that all documents, pleadings and mailings be sent to Simpson Law Firm PA.

Please add the following name and address to the list of creditors:

John S. Simpson, MSB No. 8525
Simpson Law Firm PA
Attorney for Members Exchange Federal Credit Union
P.O. Box 2058
Madison, MS 39130-2058
(601) 957-6600
jsimpson@simpsonlawfirm.net

Date: October 19, 2026.

/s/ John S. Simpson
John S. Simpson

**CERTIFICATE OF SERVICE**

I certify that copies of the foregoing documents were served upon the following:

Thomas C. Rollins, Jr., MSB No. 103469
Attorney for Debtor
The Rollins Law Firm P.O. Box 13767
Jackson, MS 39236
(601)500-5533
trollins@therollinsfirm.com

Christopher H. Meredith, Chapter 11 Trustee
P.O. Box 6020
Ridgeland, MS 39158
(601)427-1343
cmeredith_trustee@cctb.com

by electronic notice, on October 19, 2026.

/s/ John S. Simpson
John S. Simpson