**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: RS, LLC,**
**Debtor.**

**CASE NO. 26-02354-JAW**
**CHAPTER 11**
**SUBCHAPTER V**

## BALLOT SUMMARY AND CERTIFICATION

I, Thomas C. Rollins, Jr., counsel for RS, LLC, certify that the ballots attached separately as Exhibit A are true and correct copies of the original ballots received and that this summary accurately reflects the acceptances and rejections cast on the Debtor's Chapter 11 Subchapter V Plan of Reorganization, dated September 3, 2026, and filed September 4, 2026 [Dkt. 31].

The Court fixed October 19, 2026, as the ballot deadline and November 2, 2026, at 1:30 p.m., as the confirmation hearing [Dkt. 35]. The certificate of service of the solicitation materials was filed September 14, 2026 [Dkt. 41].

### BALLOT SUMMARY BY CLAIM

| Creditor and claim | Class | Amount voted | Vote |
|---|---|---|---|
| Ally Capital / Ally Financial<br>2021 Chevrolet Malibu, VIN ending 2178<br>Secured portion of Claim 1-1 | 3 | $16,475.00 | Accept |
| Ally Financial<br>Unsecured amount shown on ballot | 15 | $1,559.45 | Accept |
| American Express National Bank<br>Account ending 1001; Claim 15-1 | 15 | $4,859.08 | Accept |
| American Express National Bank<br>Account ending 1005; Claim 16-1 | 15 | $2,612.34 | Accept |
| Fundbox, Inc.<br>Claim 17-1 | 15 | $21,912.87 | Accept |
| **TOTAL** | | **$47,418.74** | **5 accept** |

**BALLOT SUMMARY BY CLASS**

| Class | Total claims | Total amount voted | Yes / No claims | Yes / No amount | Class vote |
|---|---|---|---|---|---|
| 3 | 1 | $16,475.00 | Yes: 1<br>No: 0 | Yes: $16,475.00<br>No: $0.00 | Accepted |
| 15 | 4 | $30,943.74 | Yes: 4<br>No: 0 | Yes: $30,943.74<br>No: $0.00 | Accepted |

Classes 3 and 15 each accepted the Plan by 100% in number and amount of the claims voted. Class 15 consists of four voted claims held by three creditors; all three creditors voted to accept. American Express's two ballots concern separate accounts and separate proofs of claim.

No ballots are tabulated for impaired Classes 2, 4 through 14, or 16. Class 1 is unimpaired under the Plan and is conclusively presumed to accept under 11 U.S.C. § 1126(f).

Fundbox's ballot is counted once at its corrected amount of $21,912.87, which matches Claim 17-1. The duplicate scanned copy is not counted as an additional vote.

Ally's Class 15 ballot is counted at its stated amount of $1,559.45. That amount matches the proposed deficiency on Claim 1-1 in Plan § 5.2, although the ballot's preprinted description refers to Classes 2, 4, 6, 7, and 8. No additional deficiency amount is included in this tally.

The amounts above are stated for ballot tabulation and do not determine final claim allowance or modify the Plan.

Dated: October 28, 2026.

Respectfully submitted,
RS, LLC, Debtor-in-Possession
BY: /s/ Thomas C. Rollins, Jr.

Thomas C. Rollins, Jr. (MSBN 103469)
**THE ROLLINS LAW FIRM, PLLC**
P.O. Box 13767
Jackson, Mississippi 39236
Telephone: (601) 500-5533
Email: trollins@therollinsfirm.com
Counsel for the Debtor-in-Possession

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: RS, LLC,**
**Debtor.**

**CASE NO. 26-02354-JAW**
**CHAPTER 11**
**SUBCHAPTER V**

---

**EXHIBIT A**
**EXECUTED BALLOTS**

---

Attachment to the Ballot Summary and Certification concerning the Debtor's Chapter 11 Subchapter V Plan of Reorganization [Dkt. 31].

| Creditor | Class | Amount voted | PDF page |
|---|---|---|---|
| Ally Capital / Ally Financial<br>2021 Chevrolet Malibu, VIN ending 2178 | 3 | $16,475.00 | 2 |
| Ally Financial<br>Unsecured amount shown on ballot | 15 | $1,559.45 | 3 |
| American Express National Bank<br>Account ending 1001 | 15 | $4,859.08 | 4 |
| American Express National Bank<br>Account ending 1005 | 15 | $2,612.34 | 5 |
| Fundbox, Inc. | 15 | $21,912.87 | 6 |

The following five pages contain one copy of each distinct executed ballot. Fundbox's duplicate scanned copy is omitted; its signed correction to $21,912.87 is preserved.

Official Form 314 (02/20)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE Southern DISTRICT OF MISSISSIPPI**

**IN RE: RS, LLC, Debtor Case No. 26-02354-JAW**

**CHAPTER 11**

## Class 3 Ballot for Accepting or Rejecting Plan of Reorganization

RS, LLC filed a Chapter 11 Subchapter V plan of reorganization dated September 3, 2026 and filed September 4, 2026 at Docket No. 31 (the "Plan").
**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 3 under the Plan.**

Your completed ballot must be received by Thomas C. Rollins, Jr. on or before October 19, 2026. If it is not timely received, the vote will not count as an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

### Acceptance or Rejection of the Plan

The undersigned, Ally Capital / Ally Financial, holder of a Class 3 claim in the proposed voting amount of Sixteen Thousand Four Hundred Seventy Five and 00/100 Dollars ($16,475.00), votes as follows:

*Claim / interest identification: 2021 Chevrolet Malibu, VIN ending 2178 — proposed secured Class 3 amount*
*Check one box only:*

☒ **ACCEPTS the Plan**

☐ **REJECTS the Plan**

Dated: 10/19/26 Print or type name: PAUL TANGEN

Signature: [signature] Title BANKRUPTCY ANALYST

Address: C/O AIS PORTFOLIO SERVICES, LLC
1212 CORPORATE DRIVE, SUITE 400
IRVING, TX 75038

*The amount and classification printed on this ballot are stated solely for solicitation and tabulation. They do not constitute allowance of a claim, an admission, a waiver of any objection, or a modification of the Plan.*

Return this ballot to:
Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236

Official Form 314 (02/20)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE Southern DISTRICT OF MISSISSIPPI**

**IN RE: RS, LLC, Debtor** **Case No. 26-02354-JAW**

**CHAPTER 11**

## Class 15 Ballot for Accepting or Rejecting Plan of Reorganization

RS, LLC filed a Chapter 11 Subchapter V plan of reorganization dated September 3, 2026 and filed September 4, 2026 at Docket No. 31 (the "Plan").
**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 15 under the Plan.**

Your completed ballot must be received by Thomas C. Rollins, Jr. on or before October 19, 2026. If it is not timely received, the vote will not count as an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

### Acceptance or Rejection of the Plan

The undersigned, Ally Financial, holder of a Class 15 claim in the proposed voting amount of One Thousand Five Hundred Fifty Nine and 45/100 Dollars ($1,559.45), votes as follows:

*Claim / interest identification: Estimated Class 15 deficiencies arising from Classes 2, 4, 6, 7, and 8*
*Check one box only:*

☒ **ACCEPTS the Plan**

☐ **REJECTS the Plan**

Dated: 10/19/26 Print or type name: PAUL TANGEN

Signature: [signature] Title BANKRUPTCY ANALYST

Address: C/O AIS PORTFOLIO SERVICES, LLC
1212 CORPORATE DRIVE, SUITE 400
IRVING, TX 75038

*The amount and classification printed on this ballot are stated solely for solicitation and tabulation. They do not constitute allowance of a claim, an admission, a waiver of any objection, or a modification of the Plan.*

Return this ballot to:
Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236

Official Form 314 (02/20)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE Southern DISTRICT OF MISSISSIPPI**

**IN RE: RS, LLC, Debtor Case No. 26-02354-JAW**

**CHAPTER 11**

## Class 15 Ballot for Accepting or Rejecting Plan of Reorganization

RS, LLC filed a Chapter 11 Subchapter V plan of reorganization dated September 3, 2026 and filed September 4, 2026 at Docket No. 31 (the "Plan").

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 15 under the Plan.**

Your completed ballot must be received by Thomas C. Rollins, Jr. on or before October 19, 2026. If it is not timely received, the vote will not count as an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

### Acceptance or Rejection of the Plan

The undersigned, American Express, holder of a Class 15 claim in the proposed voting amount of $4,859.08, votes as follows:

Account Ending: 1001

*Claim / interest identification: Aggregate of two scheduled credit-card claims*
*Check one box only:*

☒ **ACCEPTS the Plan**

☐ **REJECTS the Plan**

Dated: October 12, 2026 Print or type name: American Express National Bank

Signature: [signature] Title Kenneth W. Kleppinger, Attorney/Agent for creditor

Address: c/o Becket & Lee LLP
PO Box 3001
Malvern, PA 19355

*The amount and classification printed on this ballot are stated solely for solicitation and tabulation. They do not constitute allowance of a claim, an admission, a waiver of any objection, or a modification of the Plan.*

Return this ballot to:
Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236

Official Form 314 (02/20)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE Southern DISTRICT OF MISSISSIPPI**

**IN RE: RS, LLC, Debtor Case No. 26-02354-JAW**

**CHAPTER 11**

## Class 15 Ballot for Accepting or Rejecting Plan of Reorganization

RS, LLC filed a Chapter 11 Subchapter V plan of reorganization dated September 3, 2026 and filed September 4, 2026 at Docket No. 31 (the "Plan").

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 15 under the Plan.**

Your completed ballot must be received by Thomas C. Rollins, Jr. on or before October 19, 2026. If it is not timely received, the vote will not count as an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

### Acceptance or Rejection of the Plan

The undersigned, American Express, holder of a Class 15 claim in the proposed voting amount of $2,612.34, votes as follows:

Account Ending: 1005

*Claim / interest identification: Aggregate of two scheduled credit-card claims*
*Check one box only:*

☒ **ACCEPTS the Plan**

☐ **REJECTS the Plan**

Dated: October 12, 2026 Print or type name: American Express National Bank

Signature: [signature] Title Kenneth W. Kleppinger, Attorney/Agent for creditor

Address: c/o Becket & Lee LLP
PO Box 3001
Malvern, PA 19355

*The amount and classification printed on this ballot are stated solely for solicitation and tabulation. They do not constitute allowance of a claim, an admission, a waiver of any objection, or a modification of the Plan.*

Return this ballot to:
Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236

Official Form 314 (02/20)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE Southern DISTRICT OF MISSISSIPPI**

**IN RE: RS, LLC, Debtor Case No. 26-02354-JAW**

**CHAPTER 11**

## Class 15 Ballot for Accepting or Rejecting Plan of Reorganization

RS, LLC filed a Chapter 11 Subchapter V plan of reorganization dated September 3, 2026 and filed September 4, 2026 at Docket No. 31 (the "Plan").

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 15 under the Plan.**

Your completed ballot must be received by Thomas C. Rollins, Jr. on or before October 19, 2026. If it is not timely received, the vote will not count as an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

### Acceptance or Rejection of the Plan

The undersigned, Fundbox, Inc., holder of a Class 15 claim in the proposed voting amount of ~~Thirty One Thousand Eight Hundred Nineteen and 69/100 Dollars ($31,819.69~~), votes as follows:
$21,912.87

*Claim / interest identification: Scheduled business-financing claim*
*Check one box only:*

☒ **ACCEPTS the Plan**

☐ **REJECTS the Plan**

Dated: October 14, 2026 Print or type name: Fundbox, Inc. c/o Becket & Lee, LLP

Signature: [signature] Title Attorney/Agent for Creditor

Address: PO Box 3001
Malvern, PA 19355-0701

*The amount and classification printed on this ballot are stated solely for solicitation and tabulation. They do not constitute allowance of a claim, an admission, a waiver of any objection, or a modification of the Plan.*

Return this ballot to:
Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236