**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: October 29, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

**RS, LLC,** **CASE NO. 26-02354-JAW**

**DEBTOR.** **CHAPTER 11**

## <u>ORDER RESETTING CONFIRMATION HEARING</u>

This matter came before the Court on the Subchapter V Plan of Reorganization (Dkt. 31) set for November 2, 2026 (the "Confirmation Hearing") (Dkt. 35). The Court, having considered the matter, finds that the Confirmation Hearing should be continued and reset for January 12, 2027, at 10:00 a.m. For clarity, the contested matters in the Bankruptcy Case reset for hearing on January 12, 2027, at 10:00 a.m. are as follows:

1. Subchapter V Plan of Reorganization (Dkt. 31) filed by RS, LLC;
2. Objection to Confirmation of Plan (Dkt. 44) filed by Ally Capital.

IT IS, THEREFORE, ORDERED that the Confirmation Hearing is hereby reset for January 12, 2027, at 10:00 a.m., in the Thad Cochran United States Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi.

##END OF ORDER##