United States Bankruptcy Court
Southern District of Mississippi

In re: RS, LLC
Debtor

Case No. 26-02354-JAW
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0538-3 | User: mssbad | Page 1 of 2
Date Rcvd: Oct 29, 2026 | Form ID: pdf012 | Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | RS, LLC, 301 Gladeview Pl, Brandon, MS 39047-5016 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abigail M. Marbury | on behalf of U.S. Trustee United States Trustee abigail.m.marbury@usdoj.gov |
| Christopher H. Meredith | cmeredith_trustee@cctb.com cmeredith_notices@cctb.com,CCTBbankruptcyteam@ecf.courtdrive.com,MS19@ecfcbis.com |
| John S. Simpson | on behalf of Creditor Members Exchange Federal Credit Union jsimpson@simpsonlawfirm.net rboone@simpsonlawfirm.net |
| Olivia Spencer | on behalf of Creditor Ally Capital spencer@kingandspencer.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor In Possession RS LLC trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |

| | |
|---|---|
| Thomas Carl Rollins, Jr | on behalf of Attorney The Rollins Law Firm PLLC trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 7

**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: October 29, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

**RS, LLC,** **CASE NO. 26-02354-JAW**

**DEBTOR.** **CHAPTER 11**

**<u>ORDER RESETTING CONFIRMATION HEARING</u>**

This matter came before the Court on the Subchapter V Plan of Reorganization (Dkt. 31) set for November 2, 2026 (the "Confirmation Hearing") (Dkt. 35). The Court, having considered the matter, finds that the Confirmation Hearing should be continued and reset for January 12, 2027, at 10:00 a.m. For clarity, the contested matters in the Bankruptcy Case reset for hearing on January 12, 2027, at 10:00 a.m. are as follows:

1. Subchapter V Plan of Reorganization (Dkt. 31) filed by RS, LLC;

2. Objection to Confirmation of Plan (Dkt. 44) filed by Ally Capital.

IT IS, THEREFORE, ORDERED that the Confirmation Hearing is hereby reset for January 12, 2027, at 10:00 a.m., in the Thad Cochran United States Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi.

##END OF ORDER##