United States Bankruptcy Court
Southern District of Mississippi

In re:
RS, LLC
Debtor

Case No. 26-02354-JAW
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0538-3 | User: mssbad | Page 1 of 2
Date Rcvd: Nov 02, 2026 | Form ID: pdf012 | Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | RS, LLC, 301 Gladeview Pl, Brandon, MS 39047-5016 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abigail M. Marbury | on behalf of U.S. Trustee United States Trustee abigail.m.marbury@usdoj.gov |
| Christopher H. Meredith | cmeredith_trustee@cctb.com cmeredith_notices@cctb.com,CCTBbankruptcyteam@ecf.courtdrive.com,MS19@ecfcbis.com |
| John S. Simpson | on behalf of Creditor Members Exchange Federal Credit Union jsimpson@simpsonlawfirm.net rboone@simpsonlawfirm.net |
| Olivia Spencer | on behalf of Creditor Ally Capital spencer@kingandspencer.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor In Possession RS LLC trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |

| | |
|---|---|
| Thomas Carl Rollins, Jr | on behalf of Attorney The Rollins Law Firm PLLC trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 7

**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: November 2, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: RS, LLC,**
**Debtor**

**CASE NO. 26-02354-JAW**
**CHAPTER 11**
**SUBCHAPTER V**

# AGREED FINAL ORDER AUTHORIZING USE OF CASH COLLATERAL

THIS MATTER is before the Court on the Debtor's Emergency Motion for Interim and Final Authority to Use Cash Collateral; to Prohibit Postpetition Sweeps and Interception of Receipts; and for Related Adequate-Protection Relief [Dkt. 15] (the "Motion"), the United States Trustee's Limited Response [Dkt. 37], and the proposed final resolution of the Motion on the terms of the Agreed Interim Order [Dkt. 42] (the "Interim Order"). Having considered the record, the agreement of the signatories below, and notice and an opportunity for hearing under Fed. R. Bankr. P. 4001, the Court finds the relief below appropriate under 11 U.S.C. sections 361 and 363. IT IS ORDERED:

1. The Motion is APPROVED on a final basis to the extent provided in this Order. Paragraphs 2 through 14 and Revised Exhibit A of the Interim Order are incorporated as if fully set forth herein and remain binding, subject to the modifications below. References in those provisions to "this Order" mean this Final Order. The duration in paragraph 3 of the Interim

Order is replaced by paragraph 2 below, and "interim" is deleted from its paragraph 9. The existing budget and all other incorporated conditions remain unchanged.

2. The Debtor may use Cash Collateral on these terms until the earliest of the effective date of a confirmed plan, dismissal of this case, conversion to Chapter 7, or further order of this Court. Obligations and replacement liens arising from authorized use are preserved, subject to the confirmed plan or further order.

3. The Interim Order's $9,500 monthly Plan Payment Account requirement, $19,610 maximum Owner Compensation, and all related prerequisites remain binding, including payment of current business obligations and the full deposit before any compensation, and the dollar-for-dollar reduction or prohibition of compensation when funds are insufficient. Existing budget, variance, insurance, tax, recordkeeping, and reporting conditions continue.

4. All limitations on replacement liens and all reservations in paragraphs 9 through 12 of the Interim Order continue. This Order does not determine any claim, lien, ownership interest, or financing characterization; waive any estate claim or defense; or grant stay relief. Approval does not constitute plan acceptance or resolve Ally Capital's confirmation objection [Dkt. 44]. Any entity asserting an interest in Cash Collateral may seek protection under section 363(e) upon proper notice.

5. Upon entry of this Order, the final cash-collateral hearing scheduled for November 2, 2026, at 1:30 p.m. is removed from the calendar. This Order does not change the confirmation hearing or related deadlines, which must be addressed separately.

6. This Order is effective upon entry and supersedes the Interim Order prospectively, except for the provisions incorporated or preserved above. The Court retains jurisdiction to enforce or modify this Order. The Debtor shall serve it as required by Fed. R. Bankr. P. 4001 and Miss. Bankr. L.R. 9013-1(g)(4).

**##END OF ORDER##**

Approved and Agreed to:

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
THE ROLLINS LAW FIRM, PLLC
P.O. Box 13767
Jackson, Mississippi 39236
Telephone: (601) 500-5533
Email: trollins@therollinsfirm.com
Counsel for the Debtor-in-Possession

/s/ Abigail M. Marbury
Abigail M. Marbury (MSBN 99626)
OFFICE OF THE U.S. TRUSTEE
501 East Court Street, Suite 6-430
Jackson, Mississippi 39201
Telephone: (601) 965-5245
Email: abigail.m.marbury@usdoj.gov
Assistant U.S. Trustee